PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:   October 26, 2010<br>Time:   9:00 a.m.<br>Judge:  Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA FOR THIRD INTERIM ALLOWANCE OF RECEIVER FEES AND REIMBURSEMENT OF EXPENSES AND REQUEST TO INCREASE FEE CAP FOR 2010**

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Third Interim Allowance of Receiver Fees and Reimbursement of Expenses and Request to Increase Fee Cap for 2010 [Docket No. 536], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. The Receiver's fees in the sum of $36,454.93 and expenses in the sum of $3,666.09, incurred during the period extending from January 1, 2010, through and including July 31, 2010, are approved on an interim basis as fair, reasonable, and necessary to the estate;

3. The Receiver is authorized to pay the 20% holdback of $7,290.97;

4. The Receiver's fee cap set forth in paragraph 13 of the Receivership Order is increased from $50,000 to $80,000 for the calendar year 2010 only; and

5. All future fees remain subject to the provisions of paragraph 13 of the Receivership Order regarding notice of interim payments.

Dated: __November 4__, 2010

_____
UNITED STATES DISTRICT JUDGE
District of Nevada