PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:    October 26, 2010<br>Time:   9:00 a.m.<br>Judge:  Hon. Kent J. Dawson |

**THIRD ORDER AUTHORIZING RECEIVER TO BORROW MONEY AND ISSUE RECEIVER CERTIFICATES**

Upon consideration of the Third Motion of Receiver for Order Authorizing Receiver to Borrow Money and Issue Receiver Certificates [Docket No. 540], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. The Receiver is authorized to borrow up to $150,000 from Edward W. Homfeld, which may be drawn on in up to three tranches of a minimum of $50,000 each, and issue one or more receiver certificates on the terms and conditions set forth in the motion if the loan is obtained from Mr. Homfeld;

3. The Receiver is authorized to obtain a loan from another source in the amount of $400,000 which would pay off the Second Loan and provide the additional $150,000 to the

receivership estate, if more favorable terms can be obtained from another source, including one or more of the other Owners;

4. Any deed of trust granted to secure the proposed borrowing is senior in priority to the FTB Tax Lien (as defined in the motion);

5. The Receiver is authorized to submit an ex parte application, if needed, to approve a form of order that is acceptable to the lender, when chosen, and the title company to ensure that the Receiver can grant a first priority security interest in the property to secure the borrowing, provided that such application is served on any counsel appearing in this matter; and

6. The Receiver is authorized to take all actions necessary to effectuate the borrowing and grant of a security interest in the Real Property that is the subject of this receivership, including executing any and all documents on behalf of the receivership estate.

Dated: _____November 2_____, 2010

_____
United States District Judge
District of Nevada