PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:     October 26, 2010<br>Time:    9:00 a.m.<br>Judge:   Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR THIRD INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for Third Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 538], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. FFWP's fees in the sum of $14,617.50 and expenses in the sum of $2,917.76 incurred during the period extending from January 1, 2010, through and including July 31, 2010,

///

///

-1-

ORDER APPROVING THIRD INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

are approved on an interim basis as fair, reasonable, and necessary to the estate; and

      3.    The Receiver is authorized to pay FFWP the 20% holdback of $2,923.50.

Dated: __November 10__, 2010

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

ORDER APPROVING THIRD INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

-2-