PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:   May 24, 2011<br>Time:  9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR FOURTH INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for Fourth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 658], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. FFWP's fees in the sum of $14,145.00 and expenses in the sum of $4,227.02 incurred during the period extending from August 1, 2010, through and including March 31,

///

///

1  2011, are approved on an interim basis as fair, reasonable, and necessary to the estate; and

2      3.    The Receiver is authorized to pay FFWP the 20% holdback of $2,829.00.

3  Dated: ___5/25_____, 2011

4  _____
                 UNITED STATES DISTRICT JUDGE

5                   District of Nevada

-2-

ORDER APPROVING FOURTH INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP