PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
| Plaintiff, | |
| v. | Date: May 24, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | |
| Defendants | |

**ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA
FOR FOURTH INTERIM ALLOWANCE OF RECEIVER FEES
AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Fourth Interim Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 660], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. The Receiver's fees in the sum of $40,647.42 and expenses in the sum of $4,287.41, incurred during the period extending from August 1, 2010, through and including

///

///

1  March 31, 2011, are approved on an interim basis as fair, reasonable, and necessary to the estate;
2  and
3      3.      The Receiver is authorized to pay the 20% holdback of $8,129.49.
4  Dated: ___5/25_____, 2011

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

-2-

ORDER APPROVING FOURTH
INTERIM FEE MOTION OF RECEIVER