PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br><br>Date:     November 29, 2011<br>Time:    9:00 a.m.<br>Judge:   Hon.  Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO SIGN SETTLEMENT AGREEMENT WITH THE ENVIRONMENTAL GROUPS AND OTHER PLAINTIFFS CHALLENGING THE PLACER VINEYARDS DEVELOPMENT**

Upon consideration of the Motion of Receiver for an Order Authorizing the Receiver to Sign Settlement Agreement with the Environmental Groups and Other Plaintiffs Challenging the Placer Vineyards Development [Docket No. 671] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1.  The Motion is granted; and

///

///

///

///

2. The Receiver is authorized to enter into the Settlement Agreement and any other agreements as necessary to implement the settlement, on the terms specified in the Motion.

Dated: __12/1/11_____, 2011

_____
United States District Court Judge
District of Nevada

-2-

ORDER AUTHORIZING RECEIVER
TO SIGN SETTLEMENT AGREEMENT