PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br><br>Date:      November 29, 2011<br>Time:     9:00 a.m.<br>Judge:    Hon. Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO SIGN SETTLEMENT AGREEMENT WITH THE ENVIRONMENTAL GROUPS AND OTHER PLAINTIFFS CHALLENGING THE PLACER VINEYARDS DEVELOPMENT**

Upon consideration of the Motion of Receiver for an Order Authorizing the Receiver to Sign Settlement Agreement with the Environmental Groups and Other Plaintiffs Challenging the Placer Vineyards Development [Docket No. 671] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted; and

///

///

///

///

-1-

ORDER AUTHORIZING RECEIVER
TO SIGN SETTLEMENT AGREEMENT

2.  The Receiver is authorized to enter into the Settlement Agreement and any other agreements as necessary to implement the settlement, on the terms specified in the Motion.

Dated: __12/1/11_____, 2011

_____
United States District Court Judge
District of Nevada