PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br><br>Date:       November 29, 2011<br>Time:      9:00 a.m.<br>Judge:     Hon.  Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO SIGN MODIFIED
DEVELOPMENT AGREEMENT WITH PLACER COUNTY**

Upon consideration of the Motion of Receiver for an Order Authorizing the Receiver to Sign Modified Development Agreement with Placer County [Docket No.673] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to approve and sign the modifications to the Development Agreement with Placer County on the terms specified in the Motion; and

3. The Receiver is authorized to approve further non-material modifications to the Development Agreement; provided however that if any further modifications are material or

///

-1- ORDER AUTHORIZING RECEIVER TO SIGN
MODIFIED DEVELOPMENT AGREEMENT

1  adversely affect the ability to market and sell the Real Property, the Receiver shall seek further
2  approval by the Court in accordance with the Order Appointing Receiver.
3  Dated: __December 1__, 2011

                                          United States District Court Judge
                                          District of Nevada

ORDER AUTHORIZING RECEIVER TO SIGN
MODIFIED DEVELOPMENT AGREEMENT

-2-