PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:   November 29, 2011<br>Time:   9:00 a.m.<br>Judge:  Hon. Kent J. Dawson |

**ORDER MODIFYING REPORTING REQUIREMENTS ESTABLISHED IN LOCAL RULE 66-4 AND THE ORDER APPOINTING RECEIVER**

Upon consideration of the Motion of Receiver for an Order Modifying Reporting Requirements Established in Local Rule 66-4 and the Order Appointing Receiver [Docket No. 675] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted; and

2. The reporting requirements established in Local Rule 66-4 and the Order Appointing Receiver Authorizing the Receiver are hereby extended from 30 to 45 days.

Dated: __December 1__, 2011

_____
United States District Court Judge
District of Nevada

ORDER AUTHORIZING MODIFICATION
OF LOCAL RULE 66-4 AND ORDER
APPOINTING RECEIVER

-1-