PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date: _____, 2012<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

### FOURTH ORDER AUTHORIZING RECEIVER TO BORROW MONEY AND ISSUE RECEIVER CERTIFICATES

Upon consideration of the Fourth Motion of Receiver for Order Authorizing Receiver to Borrow Money and Issue Receiver Certificates [Docket No. 695], the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. The Receiver is authorized to borrow an additional $100,000 from Edward W. Homfeld, and issue one or more receiver certificates on the terms and conditions set forth in the motion if the loan is obtained from Mr. Homfeld;

3. The Receiver is authorized to obtain a loan from another source if more favorable terms can be obtained from another source, including one or more of the other Owners;

///

1    4.    Any deed of trust granted to secure the proposed borrowing is senior in priority to the FTB Tax Lien (as defined in the motion);

5.    The Receiver is authorized to submit an ex parte application, if needed, to approve a form of order that is acceptable to the lender, when chosen, and the title company to ensure that the Receiver can grant a first priority security interest in the property to secure the borrowing, provided that such application is served on any counsel appearing in this matter; and

6.    The Receiver is authorized to take all actions necessary to effectuate the borrowing and grant of a security interest in the Real Property that is the subject of this receivership, including executing any and all documents on behalf of the receivership estate.

Dated: Sept 25, 2012

United States District Judge
District of Nevada

FOURTH ORDER AUTHORIZING
RECEIVER TO BORROW FUNDS
& ISSUE RECEIVER CERTIFICATES

-2-