1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435
   ppascuzzi@ffwplaw.com
5
   Attorneys for Elli M. A. Mills, J.D., MBA, Receiver
6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
|---|---|
| Plaintiff, | |
| v. | |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | Date:  December 18, 2012<br>Time:  9:00 a.m.<br>Judge:  Hon. Kent J. Dawson |
| Defendants | |

**ORDER AUTHORIZING RECEIVER TO ENTER INTO
A PROFESSIONAL SERVICE AGREEMENT WITH JOHAS AND
ASSOCIATES, INC. AND A GRAZING LEASE AGREEMENT, AND
AUTHORIZING RECEIVER TO ENTER INTO SIMILAR AGREEMENTS
IN THE FUTURE WITHOUT FURTHER COURT ORDER**

Upon consideration of the Motion of Receiver for an Order Authorizing Receiver to Enter Into a Professional Service Agreement with Johas and Associates, Inc. and a Grazing Lease Agreement, and for Authority to Enter Into Similar Agreements in the Future Without Further Court Order [Docket No. 705] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to enter into the Professional Service Agreement with Johas and Associates, Inc. and a grazing lease on the terms specified in the Motion; and

3. The Receiver is authorized to enter into similar professional service agreements and grazing leases in the future without further court order as described in the Motion.

Dated: ___12/18___, 2012

_____
United States District Court Judge
District of Nevada