1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435
   ppascuzzi@ffwplaw.com
5
   Attorneys for Elli M. A. Mills, J.D., MBA, Receiver
6

7

8                       **UNITED STATES DISTRICT COURT**

9                            **DISTRICT OF NEVADA**

10 | USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |

11         Plaintiff,

12            v.

13 PLACER COUNTY LAND
   SPECULATORS, LLC, aka PLACER
14 COUNTY LAND INVESTORS, LLC; et      Date:    December 18, 2012
   al,                                 Time:    9:00 a.m.
15                                      Judge:   Hon. Kent J. Dawson
             Defendants
16
        **ORDER AUTHORIZING RECEIVER TO ENTER INTO
17      A PROFESSIONAL SERVICE AGREEMENT WITH JOHAS AND
        ASSOCIATES, INC. AND A GRAZING LEASE AGREEMENT, AND
18      AUTHORIZING RECEIVER TO ENTER INTO SIMILAR AGREEMENTS
        IN THE FUTURE WITHOUT FURTHER COURT ORDER**
19

20      Upon consideration of the Motion of Receiver for an Order Authorizing Receiver to Enter

21 Into a Professional Service Agreement with Johas and Associates, Inc. and a Grazing Lease

22 Agreement, and for Authority to Enter Into Similar Agreements in the Future Without Further

23 Court Order [Docket No. 705] (the "Motion"), after a hearing on proper notice, the Court having

24 considered the Motion and arguments, and good cause appearing,

25      IT IS ORDERED that:

26      1.    The Motion is granted;

27      2.    The Receiver is authorized to enter into the Professional Service Agreement with

28 Johas and Associates, Inc. and a grazing lease on the terms specified in the Motion; and

3.      The Receiver is authorized to enter into similar professional service agreements and grazing leases in the future without further court order as described in the Motion.

Dated: __12/18__, 2012

_____
United States District Court Judge
District of Nevada