PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
| Plaintiff, | |
| v. | |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | Date: January 30, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |
| Defendants | |

**ORDER AUTHORIZING RECEIVER TO BORROW MONEY AND ISSUE RECEIVER CERTIFICATES**

Upon consideration of the Motion of Receiver for Order Authorizing Receiver to Borrow Money and Issue Receiver Certificates [Docket No. 711], the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. The Receiver is authorized to borrow up to $2,600,000 from the Homfeld Group, and issue one or more receiver certificates on the terms and conditions set forth in the motion;

3. Any deed of trust granted to secure the proposed borrowing is senior in priority to the FTB Tax Lien (as defined in the motion);

4. The Receiver is authorized to submit an ex parte application, if needed, to approve a form of order that is acceptable to the lender and the title company to ensure that the Receiver

1 can grant a first priority security interest in the property to secure the borrowing, provided that
2 such application is served on any counsel appearing in this matter;

3    5.    The Receiver is authorized to take all actions necessary to effectuate the borrowing
4 and grant of a security interest in the Real Property that is the subject of this receivership,
5 including executing any and all documents on behalf of the receivership estate; and

6    6.    The Receiver is authorized to facilitate interested Owners to buy and sell their
7 interests pursuant to paragraph 5 of the Order Appointing Receiver.

8 Dated: __2/5/13_____

9                                         _____
                                          United States District Judge
10                                        District of Nevada