PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br><br>Date:       January 30, 2013<br>Time:      9:00 a.m.<br>Judge:     Hon.  Kent J. Dawson |

**ORDER MODIFYING RECEIVER'S COMPENSATION
ESTABLISHED IN THE ORDER APPOINTING RECEIVER**

Upon consideration of the Motion of Receiver for an Order Modifying Receiver's Compensation Established in the Order Appointing Receiver [Docket No. 713] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted; and

2. The Success Fee Provision in paragraph 10 of the Order Appointing Receiver [Docket No. 428] is modified to allow a fee of ¾ of 1% of the sale price up to $6,800,000 plus

///

///

1  5% of the net proceeds distributed to the Owners over and above the amount of $2,781,870.30.

2  Dated: 2/5/13

_____
United States District Court Judge
District of Nevada