PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br><br>Date:          January 30, 2013<br>Time:         9:00 a.m.<br>Judge:        Hon.  Kent J. Dawson |

**ORDER MODIFYING REPORTING REQUIREMENTS ESTABLISHED IN LOCAL RULE 66-4, THE ORDER APPOINTING RECEIVER, AND THE FIRST MODIFICATION ORDER**

Upon consideration of the Motion of Receiver for an Order Modifying Reporting Requirements Established in Local Rule 66-4, the Order Appointing Receiver, and the First Modification Order [Docket No. 715] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The reporting requirements established in Local Rule 66-4, the Order Appointing Receiver, and the First Modification Order are modified to authorize the Receiver to submit his report on a quarterly basis, with such report to be submitted within 30 days of the end of each corresponding quarter; and

3. The Receiver is authorized to file and serve reports on a more frequent basis if in his discretion activity in the case warrants it.

Dated: 2/5/13

_____
United States District Court Judge
District of Nevada