1   PAUL J. PASCUZZI, CA State Bar No. 148810
    FELDERSTEIN FITZGERALD
2   WILLOUGHBY & PASCUZZI LLP
    400 Capitol Mall, Suite 1750
3   Sacramento, CA  95814
    Telephone: (916) 329-7400
4   Facsimile: (916) 329-7435

5   Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10  USACM LIQUIDATING TRUST,              Civil Action No. 2:08-cv-01276-KJD-RJJ

11              Plaintiff,

12              v.                        Date:     April 2, 2011
                                          Time:     9:00 a.m.
13  PLACER COUNTY LAND                    Judge:    Hon.  Kent J. Dawson
    SPECULATORS, LLC, aka PLACER
14  COUNTY LAND INVESTORS, LLC; et
    al,
15
                Defendants
16
17          **ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA**
            **FOR FIFTH INTERIM ALLOWANCE OF RECEIVER FEES**
            **AND REIMBURSEMENT OF EXPENSES**
18

19          Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Fifth Interim

20  Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 732], after a hearing

21  on proper notice, the Court having considered the motion and arguments, and good cause

22  appearing,

23          IT IS ORDERED that:

24          1.      The motion is granted;

25          2.      The Receiver's fees in the sum of $87,013.48 and expenses in the sum of

26  $8,370.43, incurred during the period extending from April 1, 2011, through and including

27  December 31, 2012, are approved on an interim basis as fair, reasonable, and necessary to the

28  estate;

                                          -1-                    ORDER APPROVING 5TH INTERIM
                                                                 FEE MOTION OF RECEIVER

3.      The Receiver is authorized to pay the 20% holdback of $17,402.62; and

4.      The cap on the Receiver's fees in paragraph 13 of the Order Appointing Receiver is modified to the extent necessary to approve the Receiver's 2012 fees.

Dated: ___April 3_____, 2013

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

-2-

ORDER APPROVING 5TH INTERIM
FEE MOTION OF RECEIVER