PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
|---|---|
| Plaintiff, | |
| v. | Date: April 2, 2013<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | |
| Defendants | |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR FIFTH INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for Fifth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 730], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The motion is granted;

2. FFWP's fees in the sum of $32,037.50 and expenses in the sum of $5,158.45 incurred during the period extending from April 1, 2011, through and including December 31,

///

///

1    2012, are approved on an interim basis as fair, reasonable, and necessary to the estate; and

2        3.    The Receiver is authorized to pay FFWP the 20% holdback of $6,403.18.

3    Dated: __4/5_____, 2013

4    

5    _____
     UNITED STATES DISTRICT JUDGE
     District of Nevada