PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:   March 18, 2014<br>Time:  9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF BOUTIN JONES, INC.
FOR FIRST INTERIM ALLOWANCE OF ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL
FOR THE RECEIVER FOR REAL ESTATE TAX MATTERS**

Upon consideration of the Motion of Boutin Jones, Inc. for First Interim Allowance of Attorneys' Fees and Reimbursement of Expenses as Counsel for the Receiver [Docket No. 757], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

1. Fees in the amount of $14,365.50 and expense in the amount of $674.13 for a total of $15,039.63, incurred by Boutin Jones, Inc. during the period extending from April 1, 2013, through and including September 30, 2013, are approved on an interim basis as fair, reasonable, and necessary to the estate;

-1-

  2. The Receiver is authorized to pay Boutin Jones, Inc. the 20% holdback of fees for the months of July – September in the amount of $763.20 plus unpaid expenses in the amount of $56.68 for a total payment of $819.88

Dated:   March 26  , 2014

_____
UNITED STATES DISTRICT JUDGE
District of Nevada