PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:     March 18, 2014<br>Time:     9:00 a.m.<br>Judge:    Hon.  Kent J. Dawson |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR SIXTH INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for Sixth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 758], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. FFWP's fees in the sum of $34,825 and expenses in the sum of $5,221.77 for a total of $40,046.77 incurred during the period extending from January 1, 2013, through and

///

///

including December 31, 2013, are approved on an interim basis as fair, reasonable, and necessary to the estate; and

    3.    The Receiver is authorized to pay FFWP the 20% holdback for the period of January 1, 2013, through December 31, 2013, in the amount of $6,965.00.

Dated: __March 26__, 2014

_____
UNITED STATES DISTRICT JUDGE
District of Nevada