PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
| Plaintiff, | |
| v. | Date:  March 18, 2014<br>Time:  9:00 a.m. |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | Judge: Hon. Kent J. Dawson |
| Defendants | |

**ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA
FOR SIXTH INTERIM ALLOWANCE OF RECEIVER FEES
AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Fifth Interim Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 759], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver's fees in the sum of $71,076.24 and expenses in the sum of $6,311.50, incurred during the period extending from January 1, 2013, through and including December 31, 2013, are approved on an interim basis as fair, reasonable, and necessary to the estate;

       3.       Authorizing the Receiver to pay the 20% holdback of fees for the period of January 1, 2013, through November, 2013, in the amount of $12,860.30, plus 100% his fees and expenses for the month of December in the amount of $7,298.62 for a total of $20,158.92;

       4.       The cap on the Receiver's fees in paragraph 13 of the Order Appointing Receiver (Docket No. 428) is modified to the extent necessary to approve the Receiver's 2013 fees; and

       5.       For the reasons stated on the record, the Court overrules the objection to the Motion raised in open Court that any time spent on sale efforts should not be included in the Receiver's hourly compensation, which ruling shall be applicable to this Motion and any future fee requests by the Receiver pursuant to paragraph 13 of the Order Appointing Receiver.

Dated: __March 26__, 2014

_____
UNITED STATES DISTRICT JUDGE
District of Nevada