PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, <br><br>Plaintiff, <br><br>v. <br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, <br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ <br><br><br><br><br>Date:     April 8, 2014 <br>Time:    9:00 a.m. <br>Judge:   Hon. Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO SIGN MODIFIED DEVELOPMENT AGREEMENT WITH PLACER COUNTY**

Upon consideration of the Second Motion of Receiver for an Order Authorizing the Receiver to Sign Modified Development Agreement with Placer County [Docket No. 784] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to approve and sign the modifications to the Development Agreement with Placer County on the terms specified in the Motion; and

3. The Receiver is authorized to approve any further modified Development Agreement or amendments thereto that may be presented to members of the Development Group

///

1 so long as such modifications or amendments benefit the Receivership Property and do not
2 materially burden the property
3 Dated: __April 15__, 2014
4 _____
United States District Court Judge
5 District of Nevada

-2- ORDER AUTHORIZING RECEIVER TO SIGN
MODIFIED DEVELOPMENT AGREEMENT