LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
July 16, 2014

Attorneys for John L. Andersen, trustee of the
Charles B. Anderson Trust; John L. Anderson, trustee of the
Rita P. Anderson Trust

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, et al., | **Case No.: 2:08-cv-01276-KJD-RJJ** |
| Plaintiffs, | **ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY** |
| v. | |
| PLACER COUNTY LAND SPECULATORS, et al., | DATE: N/A<br>TIME: N/A |
| Defendants. | |

On July 16, 2014, John L. Andersen, as successor trustee to Charles B. Anderson of the Charles B. Anderson Trust and Rita P. Anderson of the Rita P. Anderson Trust, moved to substitute in his place in this case. Fed. R. Bankr. P. 9014, inc'g Fed. R. Bankr. 7025, inc'g Fed. R. Civ. P. 25(c). The Court, having reviewed the motion and finding good cause, GRANTS the motion.

IT IS SO ORDERED.

Dated this 11th day of August, 2014

_____
UNITED STATES DISTRICT COURT JUDGE

1