LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
JANET L. CHUBB, ESQ.
Nevada State Bar No. 176
KAEMPFER CROWELL
50 W. Liberty St., Ste. 900
Reno, NV 89501
Telephone: 775.852.3900
Facsimile: 775.327.2011
Email: lbubala@kcnvlaw.com
jchubb@kcnvlaw.com

ELECTRONICALLY SUBMITTED ON
August 7th, 2014

Attorneys for Ruth Ann Kehl

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, et al.,<br><br>Defendants. | Case No.: 2:08-cv-01276-KJD-RJJ<br><br>**ORDER GRANTING EX PARTE MOTION FOR SUBSTITUTION OF PARTY**<br><br>DATE:  N/A<br>TIME:  N/A |

On August 7th, 2014, Ruth Ann Kehl, as executor of the estate of Robert J. Kehl, who died July 3, 2013, moved to substitute in his place in this case. Fed. R. Civ. P. 25(c). The Court, having reviewed the motion and finding good cause, GRANTS the motion.

IT IS SO ORDERED.

Dated this __8th__ day of __August__, 2014

_____
UNITED STATES DISTRICT COURT JUDGE