PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:     August 12, 2014<br>Time:    9:00 a.m.<br>Judge:   Hon. Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO ENTER INTO EXTENDED
AND REVISED LISTING AGREEMENT WITH REAL ESTATE BROKER**

Upon consideration of the Motion of Receiver for Order Authorizing Receiver to Enter into Extended and Revised Listing Agreement with Real Estate Broker [Docket No. 805], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to enter into the extended and revised listing agreement with Cornish & Carey to list the Real Property under the terms and conditions set forth in the

///

///

///

-1-

ORDER AUTHORIZING RECEIVER
TO ENTER INTO EXTENDED AND
REVISED LISTING AGREEMENT

Listing Agreement attached as Exhibit A; and

3. The Receiver is authorized to take all such action as necessary to effectuate the terms of this order on behalf of the receivership estate, including executing any and all documents.

Dated: __August 13__, 2014

_____
United States District Judge
District of Nevada

ORDER AUTHORIZING RECEIVER
TO ENTER INTO EXTENDED AND
REVISED LISTING AGREEMENT

-2-