PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:   September 23, 2014<br>Time:  9:00 a.m.<br>Judge: Hon.  Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO EMPLOY
AND COMPENSATE APPRAISER**

Upon consideration of the Motion of Receiver for Order Authorizing Receiver to Employ and Compensate Appraiser [DE 819] (the "Motion"), after a hearing on due notice under the circumstances, the Court having considered the motion and arguments, no opposition having been presented, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to employ CBRE, Inc. ("CBRE") to provide appraisal services to the receivership in accordance with the terms of retention contained in the attached Exhibit A;

3. The Receiver is authorized to pay CBRE the sum of $5,000 in fees (including expenses) for the appraisal without further order of this Court;

1    4.    The Receiver is authorized to pay CBRE an additional $750, if needed, for any associated supporting studies in connection with the appraisal of the Real Property without further order of this Court, with any further compensation to be paid pursuant to the notice provisions of paragraph 13 of the Receivership Order [DE 428];

5.    Notice of the Motion is approved as appropriate under the circumstances; and

6.    The Receiver is authorized to take all such action as necessary to effectuate the terms of this order on behalf of the receivership estate, including executing any and all documents.

Dated: _____September 25_____, 2014.

_____
United States District Judge
District of Nevada

-2-

ORDER AUTHORIZING
RECEIVER TO EMPLOY AND
COMPENSATE APPRAISER