PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:  February 10, 2015<br>Time:  9:00 a.m.<br>Judge:  Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF SINCLAIR WILSON BALDO & CHAMBERLAIN FOR FIRST AND FINAL ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR REAL ESTATE MATTERS AND QUIET TITLE ACTION**

Upon consideration of the Motion of Sinclair Wilson Baldo & Chamberlain for First and Final Allowance of Attorneys' Fees and Reimbursement of Expenses as Special Counsel for Real Estate Matters and Quiet Title Action for the Receiver [Docket No. 831], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

1. Fees in the amount of $6,000.00 and expenses in the amount of $2,949.27 for a total of $8,949.27, incurred by Sinclair Wilson Baldo & Chamberlain during the period extending from February 12, 2014, through and including October 31, 2014, are approved on a final basis as fair, reasonable, and necessary to the estate; and

2. The Receiver is authorized to pay Sinclair Wilson Baldo & Chamberlain the 20% holdback of fees for the months of February - October in the amount of $1,200.00.

Dated: ___February 19___, 2015

_____
UNITED STATES DISTRICT JUDGE
District of Nevada