1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435

5  Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10  USACM LIQUIDATING TRUST,              Civil Action No. 2:08-cv-01276-KJD-RJJ

11                Plaintiff,

12                    v.

13  PLACER COUNTY LAND
    SPECULATORS, LLC, aka PLACER          Date:       February 10, 2015
14  COUNTY LAND INVESTORS, LLC; et        Time:       9:00 a.m.
    al,                                   Judge:      Hon.  Kent J. Dawson
15
                  Defendants
16
17          **ORDER:  (1) AUTHORIZING RECEIVER TO OBTAIN NEW**
            **FINANCING AND ISSUE RECEIVER CERTIFICATES;**
18          **AND (2) APPROVING FORBEARANCE AGREEMENT**

19          Upon consideration of the Motion of Receiver for Order:  (1) Authorizing Receiver to

20  Obtain New Financing and Issue Receiver Certificates; and (2) Approving Forbearance

21  Agreement [Docket No. 833], the Court having considered the motion and arguments, and good

22  cause appearing,

23          IT IS ORDERED that:

24          1.      The motion is granted.

25          2.      The Receiver is authorized to obtain new financing with Socotra Capital as set

26  forth in the Motion, or other financing on more favorable terms, if such can be obtained.

27          3.      In the event the Receiver is able to obtain other financing on more favorable terms,

28  the Receiver is directed as follows:

ORDER AUTHORIZING RECEIVER
TO OBTAIN NEW FINANCING
& ISSUE RECEIVER CERTIFICATES

1          a.      The Receiver shall send a notice to the Owners describing such financing
2 and why the proposed financing is more favorable;

3          b.      The Owners shall have 10 days from service of the notice to object solely
4 on the issue of whether the proposed financing is more favorable;

5          c.      In the event of a dispute over whether the proposed financing is more
6 favorable, the Court will hold a hearing solely on that issue; and

7          d.      In the event of no dispute over whether the proposed financing is more
8 favorable after the 10 day period expires, the Receiver shall submit a supplemental order
9 approving the more favorable financing.

10     4.     The Receiver is authorized to issue receiver certificates, if necessary, in connection
11 with such financing and to take all other actions necessary to obtain and implement the new
12 financing.

13     5.     The forbearance agreement with Gold Coast as set forth in the Motion is approved.

14 Dated:  February 19, 2015

15

16                       UNITED STATES DISTRICT JUDGE
                          District of Nevada