PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br>Date:     February 10, 2015<br>Time:     9:00 a.m.<br>Judge:    Hon. Kent J. Dawson |

**SUPPLEMENTAL ORDER: (1) AUTHORIZING RECEIVER TO OBTAIN NEW FINANCING AND ISSUE RECEIVER CERTIFICATES; AND (2) APPROVING FORBEARANCE AGREEMENT**

Upon consideration of the Declaration ("Declaration") of Elli M. A. Mills in Support of Request for Supplemental Order re: Verified Motion of Receiver for Order:  (1) Authorizing Receiver to Obtain New Financing and Issue Receiver Certificates; and (2) Approving Forbearance Agreement, the Court having considered the Declaration, as well as the original Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Receiver is authorized to obtain financing with John Terry of Glenwood, Nevada, or such other entity or name that John Terry uses as the lender, as set forth in the Declaration.

2. The Receiver is authorized to issue receiver certificates, if necessary, in connection

with such financing and to take all other actions necessary to obtain and implement the new financing.

Dated: April 17, 2015

_____
UNITED STATES DISTRICT JUDGE
District of Nevada