RECEIVED
FILED ___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JUN 1 2 2015

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435

5  Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

6

7

8                 UNITED STATES DISTRICT COURT

9                      DISTRICT OF NEVADA

10  USACM LIQUIDATING TRUST,              Civil Action No. 2:08-cv-01276-KJD-RJJ

11            Plaintiff,

12            v.                          Date:    June 9, 2015
                                          Time:    9:00 a.m.
13  PLACER COUNTY LAND                    Judge:   Hon.  Kent J. Dawson
    SPECULATORS, LLC, aka PLACER
14  COUNTY LAND INVESTORS, LLC; et
    al,
15
            Defendants
16

17  **ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY
    & PASCUZZI LLP FOR SEVENTH INTERIM ALLOWANCE OF ATTORNEYS'
18  FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

19       Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP

20  ("FFWP") for Seventh Interim Allowance of Attorneys' Fees and Reimbursement of Expenses

21  [Docket No. 849], after a hearing on proper notice, the Court having considered the motion and

22  arguments, and good cause appearing,

23       IT IS ORDERED that:

24       1.     The Motion is granted;

25       2.     FFWP's fees in the sum of $59,285.00 and expenses in the sum of $14,209.50. for

26  a total of $73,494.50 incurred during the period from January 1, 2014, through and

27  ///

28

ORDER APPROVING SEVENTH INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

1    ///

2    including March 31, 2015, are approved on an interim basis as fair, reasonable, and necessary to

3    the administration of the receivership estate; and

4        3.    The Receiver is authorized to pay FFWP the 20% holdback for the period of

5    January 1, 2014, through March 31, 2015, in the amount of $11,857.00.

6    Dated: _____June 12_____, 2015

7    _____
     UNITED STATES DISTRICT JUDGE

8    District of Nevada

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28