PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli  M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST, | Civil Action No. 2:08-cv-01276-KJD-RJJ |
| Plaintiff, | |
| v. | |
| PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al, | Date:        August 26, 2015<br>Time:        9:00 a.m.<br>Judge:       Hon.  Kent J. Dawson |
| Defendants | |

### ORDER APPROVING COMPROMISE AND SETTLEMENT WITH THE USACM LIQUIDATING TRUST

Upon consideration of the motion of Receiver for an order approving a compromise and settlement with the USACM Liquidating Trust ("USACM Trust") with respect to the USACM Trust's claim against the Receivership [Docket No. 862] (the "Motion"), after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1.      The Motion is granted; and

///

///

///

///

///

1    2.    The Receiver is authorized to enter into the Settlement Agreement with the

2  USACM Trust and take all other action necessary to implement the Settlement Agreement.

3  Dated: __August 27_____, 2015

4                                                    _____

5                                                    United States District Court Judge
                                                     District of Nevada

6  Approved as to Form:

7  LEWIS ROCA ROTHGERBER LLP

8  By:*/s/ Robert M. Charles, Jr.*_____

9      Robert M. Charles, Jr.
       Attorneys for USACM

10     Liquidating Trust

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER APPROVING
SETTLEMENT WITH USACM TRUST