PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br><br>Date:      November 24, 2015<br>Time:     10:00 a.m.<br>Judge:    Hon. Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO EXPEND RECEIVERSHIP FUNDS FOR ENGINEERING AND PERMITTING CONSULTING AND MARKETING**

Upon consideration of the Motion of Receiver for Authority to Expend Receivership Funds for Engineering and Permitting Consulting and Marketing [Docket No. 876], after a hearing on proper notice, the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to spend up to $40,000 of Receivership funds for the following efforts:

    a. Up to $30,000 for engineering consulting;

    b. Up to $10,000 for permitting consulting and marketing;

3. The total funds expended for items a. and b. above shall not exceed $40,000;

however, the Receiver may, in his sole discretion, spend more or fewer funds on one issue or another, as long as the total expenditures do not exceed $40,000; and

4. The Receiver is authorized to take all such action as necessary to effectuate the terms of this order on behalf of the receivership estate, including executing any and all documents.

Dated: _____November 30___, 2015.

_____
United States District Judge
District of Nevada