1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY & PASCUZZI LLP
   400 Capitol Mall, Suite 1750
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435

5  Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

6

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10  USACM LIQUIDATING TRUST,              Civil Action No. 2:08-cv-01276-KJD-RJJ

11            Plaintiff,

12            v.                          Date:       February 16, 2016
                                          Time:       9:00 a.m.
13  PLACER COUNTY LAND                    Judge:      Hon.  Kent J. Dawson
    SPECULATORS, LLC, aka PLACER
14  COUNTY LAND INVESTORS, LLC; et
    al,
15
              Defendants
16

17  **ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY
    & PASCUZZI LLP FOR EIGHTH INTERIM ALLOWANCE OF ATTORNEYS' FEES
18  AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

19        Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP

20  ("FFWP") for Eighth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses

21  [Docket No. 883], after a hearing on proper notice, the Court having considered the motion and

22  arguments, and good cause appearing,

23        IT IS ORDERED that:

24        1.      The Motion is granted;

25        2.      FFWP's fees in the sum of $21,897.50 and expenses in the sum of $6,464.18. for a

26  total of $28,361.68, incurred by Felderstein Fitzgerald Willoughby & Pascuzzi LLP during the

27  period extending from April 1, 2015 through and including December 31, 2015, are approved on

28  an interim basis as fair, reasonable, and necessary to the administration of the receivership estate;

and

    3.    The Receiver is authorized to pay FFWP the 20% holdback for the period of April 1, 2015 through and including December 31, 2015, in the amount of $4,379.50.

Dated: ___February 17_____, 2016

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

ORDER APPROVING EIGHTH INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP