PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USACM LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>PLACER COUNTY LAND SPECULATORS, LLC, aka PLACER COUNTY LAND INVESTORS, LLC; et al,<br><br>Defendants | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:  February 16, 2016<br>Time:  9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

### ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA
### FOR EIGHTH INTERIM ALLOWANCE OF RECEIVER FEES
### AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Eighth Interim Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 885], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver's fees in the sum of $49,814.54 and expenses in the sum of $4,621.25 for a total of $54,435.79, incurred by the Receiver during the period extending from April 1, 2015, through and including December 31, 2015, are approved on an interim basis as fair, reasonable, and necessary to the administration of the receivership estate;

3. The Receiver is authorized to pay the 20% holdback of fees for the period of April 1, 2015, through December 31, 2015 in the amount of $9,962.95; and

4. The cap on the Receiver's fees in paragraph 13 of the Order Appointing Receiver (Docket No. 428) is modified to the extent necessary to allow and pay the Receiver's 2015 fees.

Dated: __February 17_____, 2016

_____
UNITED STATES DISTRICT JUDGE
District of Nevada