PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>RECEIVERSHIP OF PLACER COUNTY LAND SPECULATORS, LLC | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date: February 28, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Kent J. Dawson |

**ORDER AUTHORIZING RECEIVER TO MAKE IRREVOCABLE OFFERS OF DEDICATION OF 75.4 ACRES OF RECEIVERSHIP PROPERTY TO THE COUNTY OF PLACER AND GRANT RELATED TEMPORARY CONSTRUCTION LICENSE FOR DEVELOPMENT RIGHTS**

Upon consideration of the Verified Motion of Receiver for Order Authorizing Receiver to Make Irrevocable Offers of Dedication of 75.4 Acres of Receivership Property to the County of Placer and Grant Related Temporary Construction License for Development Rights [Docket No. 912] (the "Motion"), after a hearing on due notice under the circumstances, the Court having considered the Motion and arguments, finding that notice of the Motion is appropriate under the circumstances, no opposition having been presented, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver is authorized to make irrevocable Offers of Dedication of 75.4 acres of Receivership property to the County of Placer as substantially set forth in attached Exhibits A & B;

3. The Receiver is authorized to grant the Temporary Construction License to the

County as substantially set forth in attached Exhibit C; and

4.    The Receiver is authorized to sign all documents and take all such action as necessary to effectuate the terms of this order on behalf of the receivership estate, including executing any and all documents.

Dated: _____ March 7 _____, 2017.

_____
United States District Judge
District of Nevada

ORDER AUTHORIZING RECEIVER
TO MAKE DEDICATIONS AND
GRANT TEMPORARY LICENSE

# EXHIBIT A

**Project Name:**
**Placer Vineyards**

**Recording requested by and Return to:**
CDRA - Engineering and Surveying Division
3091 County Center Drive
Auburn, CA 95603-2614
Phone: 530.745.3110
Attention:

THIS SPACE IS RESERVED
FOR THE RECORDER'S USE

Exempt from Recording Fees – Govt Code 27383

## COUNTY OF PLACER

# OFFER OF DEDICATION

## HIGHWAY EASEMENT
## AND
## MULTI-PURPOSE EASEMENT

For valuable consideration, receipt of which is hereby acknowledged,

**RECEIVERSHIP UNDER UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, CASE NO. 2:08-cv-01276-KJD-RJJ, by ELLI  M. A. MILLS, solely in his capacity as court appointed Receiver in In Re Receivership of Placer County Land Speculators, LLC, under United States District Court, District of Nevada, Case No. 2:08-cv-01276-KJD-RJJ,**

**the undersigned GRANTOR, hereby irrevocably offers for dedication to the County of Placer, State of California,** easements for the following described public purposes:

### HIGHWAY EASEMENT

An easement for road purposes and incidentals thereto, including the utility rights over, on, under and across all that real property situated in the County of Placer, State of California, bounded and described as follows:

See "Highway Easement" on the attached Exhibits:

Exhibit "A" (D-9-1 Dyer Lane);
Exhibit "B" (D-9-2 Dyer Lane); and
Exhibit "C" (16-9 16th Street).

### MULTI-PURPOSE EASEMENT

A non-exclusive multipurpose easement over, on, under and across the land described below consisting of non-exclusive easements for the use, installation and maintenance of the following facilities:

1.  Street lighting, poles, overhead and underground wires, anchors, conduit and appurtenances thereto for electric, television, lighting and communication services.
2.  Water, recycled water, sewer and gas lines, services and appurtenances thereto.

1

3. Drainage, earth slopes and erosion control, and all appurtenances thereto, and for clearing sight distances affecting the traveled way.
4. To trim and remove trees, limbs and brush.  For construction and maintaining centralized mail delivery boxes, pedestals and slabs. Together with any and all appurtenances thereto including pedestrian access for delivery and receipt of mail.
5. For installation and maintenance of landscaping and irrigation, and all appurtenances thereto.
6. For Multi-Purpose Trail purposes for non-motorized ingress and egress together with the right of trail or sidewalk construction, maintenance, and all appurtenances pertaining thereto.

See "Multi-Purpose Easement" on the attached Exhibits:

Exhibit "A" (D-9-1 Dyer Lane);
Exhibit "B" (D-9-2 Dyer Lane); and
Exhibit "C" (16-9 16th Street).

This Irrevocable Offer of Dedication is made pursuant to Section 7050 of the Government Code of the State of California and all or any portion of this Irrevocable Offer of Dedication may be accepted at any time by the Board of Supervisors (or authorized agent on behalf of the Board of Supervisors) of the County of Placer. Upon acceptance, this offer of dedication shall convey an easement interest to the County of Placer.

This Irrevocable Offer of Dedication may be terminated and the right to accept such offer abandoned in the same manner as is prescribed for the vacation of streets or highways pursuant to Chapter 4 of Part 3 Division 9 of the Streets and Highways Code, commencing with Section 8300.

It is understood and agreed that the County of Placer and its successors or assigns shall incur no liability with respect to such offer of dedication, and shall not assume any responsibility for the offered easement area(s) or any improvements thereon or therein, until such offer has been accepted by appropriate action of the Board of Supervisors (or authorized agent on behalf of the Board of Supervisors) of Placer County.

*(Any and all interest in the property conveyed by grantor to the County of Placer pursuant to this instrument runs with the land and is binding on the heirs, assigns and successors of the grantor.)*

**GRANTOR:**

**RECEIVERSHIP UNDER UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA, CASE NO. 2:08-cv-01276-KJD-RJJ**

By:_____                Date:_____
     ELLI  M. A. MILLS, solely in his capacity
     as court appointed Receiver in <u>In Re Receivership of</u>
     <u>Placer County Land Speculators, LLC</u>, under United States
     District Court, District of Nevada, Case No. 2:08-cv-01276-KJD-RJJ

**<u>Consent and Subordination of Deed of Trust Beneficiary</u>:**

IRA SERVICES TRUST COMPANY CFBO JOHN TERRY ACCOUNT NUMBER IRA469385, as Beneficiary under Deed of Trust dated April 28, 2015, and recorded April 30, 2015, DOCUMENT NO. 2015-0035370-00, in the Official Records of Placer County, hereby consents to the recordation of this irrevocable Offer of Dedication and unconditionally subordinates the lien or charge of the foregoing deed of trust in favor of this Offer of Dedication, which shall be unconditionally prior and superior to the lien or charge of the deed of trust.

By:_____                Date:_____

_____
Print Name and Title

*See following page(s) for Acknowledgement(s)*

2

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of _____

County of _____

On _____ before me,

_____(name, title),

personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(Seal)                          _____
                                              Signature

### CAPACITY CLAIMED BY SIGNER

☐ INDIVIDUAL(S) SIGNING FOR ONESELF/THEMSELVES

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

_____
COMPANY

☐ PARTNER(S)

_____
PARTNERSHIP

☐ ATTORNEY-IN-FACT

_____
PRINCIPAL(S)

☐ TRUSTEE(S)

_____
TRUST

☐ OTHER

_____
TITLE(S)

_____
ENTITY(IES) REPRESENTATIVE

## CONSENT TO RECORDATION:

The County of Placer hereby consents to the recordation of the Offer of Dedication attached hereto. The County does not accept said offer at this time, but reserves the right to do so in the future, pursuant to Government Code Section 7050 and pursuant to authority conferred by Ordinance 5152-B.

_____          _____
DATE                                                                          SIGN NAME

                                                                              _____
                                                                              PRINT NAME AND TITLE

3

18156.MR0
07/22/2016
RMP

# EXHIBIT "A"
## IOD –DYER LANE – D-9-1

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, and being a portion of the lands of Daca VI, LLC being a portion of Parcel One as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843, filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

## "HIGHWAY EASEMENT"

BEGINNING AT A POINT on the north boundary of said Parcel One, being the north line of the Southwest Quarter of said Section 10, said point being the northwest corner of that property described in the Book 3289, at Page 440, of the Official Records of Placer County, and being located South 89°47'19" West, 1,242.32 feet from the northeast corner of said Southwest Quarter;

Thence, from said **POINT OF BEGINNING,** along the west boundary of the property described in said Book 3289, at Page 440, South 00°13'07" East, 36.00 feet;

Thence South 89°47'19" West, 305.23 feet;

Thence South 88°38'35" West, 275.05 feet;

Thence South 89°47'19" West, 394.76 feet;

Thence, 78.92 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 90°26'06";

Thence South 00°38'47" East, 9.36 feet;

Thence South 89°21'13" West, 85.50 feet;

Thence, 77.32 feet along the arc of a 50.00-foot radius non-tangent curve left having a radius point bearing South 89°21'13" West, through a central angle of 88°35'48";

Thence, 62.62 feet along the arc of a 5,053.00-foot radius tangent curve right, through a central angle of 00°42'36";

Thence North 88°31'59" West, 122.24 feet to a point on the west boundary of said Parcel One, being a point on the west line of said Southwest Quarter;

Thence, along the west boundary of said Parcel One and west line of said Southwest Quarter, North 00°13'12" West, 47.25 feet to the northwest corner of said Parcel One and of said Southwest Quarter;

Thence North 89°47'19" East, 1,344.36 feet along the north boundary of said Parcel One and of said Southwest Quarter to the POINT OF BEGINNING.

Containing 1.415 acres, more or less.

18156.MR0
07/22/2016
RMP

TOGETHER WITH:

### "MULTIPURPOSE EASEMENT 1"

A Multipurpose Easement of varying width, the northerly line of which is coincident with the southerly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

BEGINNING AT A POINT on the west boundary of that property described in the Book 3289, at Page 440, of the Official Records of Placer County, and from which the northwest corner of said property bears North 00°13'07" West, 36.00 feet, said point also being on the southerly line of herein described Highway Easement;

Thence, from said **POINT OF BEGINNING,** along the southerly line of herein described Highway Easement the following five consecutive courses:

1.  South 89°47'19" West, 305.23 feet,
2.  South 88°38'35" West, 275.05 feet,
3.  South 89°47'19" West, 394.76 feet,
4.  78.92 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 90°26'06", and
5.  South 00°38'47" East, 9.36 feet;

Thence North 89°21'13" East, 29.00 feet;
Thence North 00°38'47" West a distance of 9.87 feet;
Thence 31.57 feet along the arc of a 20.00 foot tangent curve right through a central angle of 90°26'06";
Thence North 89°47'19" East, 976.00 feet to the west boundary of said property described in Book 3289, at Page 440, of the Official Records of Placer County;

Thence, along the west boundary of said property, North 00°13'07" West, 35.00 feet to the POINT OF BEGINNING.

Containing 33,095 square feet, more or less.


ALSO TOGETHER WITH:

### "MULTIPURPOSE EASEMENT 2"

A Multipurpose Easement of varying width, the northerly line of which is coincident with the southerly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

BEGINNING AT A POINT on the west boundary of said Parcel One and point on the west line of the Southwest Quarter of said Section 10 from which the northwest corner thereof bears North 00°13'12" West, 47.25 feet, said point being on the southerly line of herein described Highway Easement;

Thence, from said **POINT OF BEGINNING,** along the southerly line of the herein described Highway Easement the following three consecutive courses:

1.  South 88°31'59" East, 122.24 feet,

18156.MR0
07/22/2016
RMP

2.  62.62 feet along the arc of a 5,053.00-foot radius tangent curve left, through a central angle of 00°42'36", and

3.  77.32 feet along the arc of a 50.00-foot radius reverse tangent curve right, through a central angle of 88°35'48";

Thence South 89°21'13" West,  40.50 feet;

Thence North 00°38'47" West  10.27 feet;

Thence 30.88 feet along the arc of a 20.00 foot tangent curve left through a central angle of 88°28'33";

Thence, 52.16 feet along the arc of a 5,073.00-foot radius reverse tangent curve right

through a central angle of 00°35'21";

Thence North 88°31'59" West,  121.65 feet to a point on the west boundary of said Parcel One;

Thence along said west boundary North 00°13'12" West,  20.01 feet to the POINT OF BEGINNING.

Containing 5,434 square feet, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, O.R.P.C..  All distances given are ground distances.

*See "Page 4 of 4", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date:  12-31-17

Date: _____

Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\major roads\ Dyer Lane\D-9-1.doc



18156.IOD
RMP
07/22/2016

# EXHIBIT "B"
## IOD –DYER LANE – D-9-2

All that real property situated in the County of Placer, State of California, located within Section 10, and Section 11, Township 10 North, Range 5 East, Mount Diablo Meridian, and being a portion of the lands of Daca VI, LLC being a portion of Parcel One and Parcel Two as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843, filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

## "HIGHWAY EASEMENT"

BEGINNING AT A POINT on the east boundary of said Parcel Two described in Document No. 2014-0014811, being a point on the east line  of the Southwest Quarter of said Section 11 from which the northeast corner of   said Parcel Two and the Southwest Quarter of said Section 11 bears North 00°50'18" West,  77.00 feet;

Thence, from said **POINT OF BEGINNING,** along said east boundary, South 00°50'18" East,  72.00 feet;

Thence South 89°44'37" West, 2,574.01 feet;

Thence, 79.11 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 90°39'05";

Thence South 00°54'27" East,  14.80 feet;

Thence South 89°05'33" West,  50.00 feet;

Thence North 00°54'27" West,    5.00 feet;

Thence, 77.97 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 89°20'55";

Thence South 89°44'47" West,  71.42 feet;

Thence, 157.49 feet along the arc of a 1,047.50-foot radius tangent curve right, through a central angle of 08°36'52";

Thence North 73°29'21" West,  123.58 feet;

Thence North 77°38'27" West,  249.84 feet;

Thence, 211.37 feet along the arc of a 964.00-foot radius tangent curve left, through a central angle of 12°33'45";

Thence South 89°47'48" West,  1,371.13 feet to the east boundary of that property described in the Book 3289, at Page 440, of the Official Records of Placer County;

Thence, along the east boundary of that property described in said Book 3289, at Page  440, North 00°33'13" West,  36.00 feet to the northeast corner thereof;

Thence, along the north line of said Parcel One, North 89°47'48" East,  1,646.93 feet;

Thence South 77°38'27" East,  248.52 feet;

Thence, 212.26 feet along the arc of a 964.00-foot radius tangent curve left, through a central angle of 12°36'56";

Thence North 89°44'37" East,  69.33 feet;

Thence, 79.11 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 90°39'05";

Thence North 00°54'27" West,  14.80 feet;

18156.IOD
RMP
07/22/2016

Thence North 89°05'33" East, 50.00 feet;

Thence South 00°54'27" East, 5.00 feet;

Thence, 77.97 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 89°20'55";

Thence North 89°44'37" East, 221.77 feet;

Thence South 84°46'56" East, 120.55 feet;

Thence North 89°44'37" East, 2,233.59 feet to the POINT OF BEGINNING.

Containing 7.20 acres, more or less.

TOGETHER WITH:

## "MULTIPURPOSE EASEMENT 1"

A Multipurpose Easement of varying width, the northerly line of which is coincident with the southerly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

BEGINNING AT A POINT on the east boundary of said Parcel Two described in Document No. 2014-0014811, being the east line of said Southwest Quarter from which the northeast corner thereof bears North 00°50'18" West, 149.00 feet, said point being on the southerly line of herein described Highway Easement;

Thence, from said **POINT OF BEGINNING,** along the southerly line of herein described Highway Easement the following twelve consecutive courses:

1. South 89°44'37" West, 2,574.01 feet;

2. 79.11 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 90°39'05",

3. South 00°54'27" East, 14.80 feet;

4. South 89°05'33" West, 50.00 feet

5. North 00°54'27" West, 5.00 feet;

6. 77.97 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 89°20'55",

7. South 89°44'47" West, 71.42 feet;

8. 157.49 feet along the arc of a 1,047.50-foot radius tangent curve right, through a central angle of 08°36'52";

9. North 73°29'21" West, 123.58 feet,

10. North 77°38'27" West, 249.84 feet,

11. 211.37 feet along the arc of a 964.00-foot radius tangent curve left, through a central angle of 12°33'45", and

12. South 89°47'48" West, 1,371.13 feet to the east boundary of that property described in the Book 3289, at Page 440, of the Official Records of Placer County;

Thence, along the east boundary, South 00°33'13" East, 35.00 feet;

Thence North 89°47'48" East, 1,370.91 feet;

Thence, 203.69 feet along the arc of a 929.00-foot radius tangent curve right, through a central angle of 12°33'45";

Thence South 77°38'27" East, 300.00 feet;

Page 2 of 6

18156.IOD
RMP
07/22/2016

Thence, 235.82 feet along the arc of a 1,071.00-foot radius tangent curve left, through a central angle of 12°36'56";

Thence North 89°44'37" East,  81.03 feet;

Thence South 45°34'50" East,  37.11 feet;

Thence South 00°54'27" East,  20.00 feet;

Thence North 89°05'33" East,  78.00 feet;

Thence North 00°54'27" West,  29.80 feet;

Thence North 44°25'05" East,  21.67 feet;

Thence North 89°44'37" East,  2,595.13 feet;

Thence North 00°50'18" West,  35.00 feet to the POINT OF BEGINNING.

Containing 3.847 acres, more or less.

TOGETHER WITH:

### "MULTIPURPOSE EASEMENT 2"

A Multipurpose Easement of varying width, the southerly line of which is coincident with the northerly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

BEGINNING AT A POINT on the east boundary of said Parcel Two described in Document No. 2014-0014811, being a point on the east line of said Southwest Quarter from which the northeast corner thereof bears North 00°50'18" West,  77.00 feet, said point being on the northerly line of herein described Highway Easement;

Thence, from said **POINT OF BEGINNING,** along the northerly line of herein described Highway Easement the following eleven consecutive courses:

1. South 89°44'37" West, 2,233.59 feet.
2. North 84°46'56" West,  120.55 feet,
3. South 89°44'37" West,  221.77 feet,
4. 77.97 feet along the arc of a 50.00-foot radius tangent curve right, through a central angle of 89°20'55",
5. North 00°54'27" West,  5.00 feet,
6. South 89°05'33" West,  50.00 feet,
7. South 00°54'27" East,  14.80 feet,
8. 79.11 feet along the arc of a 50.00-foot radius tangent curve right, through a central angle of 90°39'05",
9. South 89°44'37" West,  69.33 feet,
10. 212.26 feet along the arc of a 964.00-foot radius tangent curve right, through a central angle of 12°36'56", and
11. North 77°38'27" West,  248.52 feet to a point on the north boundary of said Parcel One;

Thence, along the north boundary of said Parcel One, North 89°47'48" East,  160.92 feet;

Thence South 77°38'27" East,  91.46 feet;

Thence, 204.55 feet along the arc of a 929.00-foot radius tangent curve left, through a central angle of 12°36'56";

18156.IOD
RMP
07/22/2016

Thence North 89°44'37" East,  90.10 feet;

Thence North 44°25'05" East,  21.67 feet;

Thence North 00°54'27" West,  26.63 feet to the north boundary of said Parcel One;

Thence, along the north boundary of said Parcel One, North 89°47'48" East,  39.00 feet to the northwest corner of said Parcel One and said Southwest Quarter of said Section 11;

Thence, along the north boundary of said Parcel One and said Southwest Quarter, North 89°44'37" East, 39.00 feet;

Thence South 00°54'27" East,  15.91 feet;

Thence South 45°34'55" East,  37.11 feet;

Thence North 89°44'37" East,  2,584.62 feet to the east boundary of said Parcel Two and said Southwest Quarter;

Thence, along the east boundary of said Parcel Two and said Southeast Quarter, South 00°50'18" East, 35.00 feet to the POINT OF BEGINNING.

Containing 2.448 acres, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Placer County Records.  All distances given are ground distances.

*See "See Pages 5 & 6", plats to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date:  12-31-17

Date:  _____

Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\major roads\ Dyer Lane\D-9-2.doc



STATHOS

CENTER
QUARTER
CORNER OF
SECTION 10

HIGHWAY EASEMENT
(WIDTH VARIES)

MPE 2
(WIDTH
VARIES)

10

DYER LANE

510   511

MPE 1
(WIDTH
VARIES)

D-9-2

SEE PAGE 6

PARCEL ONE
2014-0014811
SHOWN ON ROS NO. 2843,
19 ROS 47, PCR

PLACER 1
OWNERS RECEIVERSHIP

P.G.G. PROPERITES

INST.1987-3289440 ORPC
AS SHOWN ON ROS NO. 2843,
19 ROS 47, PCR

N

PLACER   COUNTY
SACRAMENTO   COUNTY

PAGE 5 OF 6

0   250   500   1000

SCALE:1"=500'

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS.  THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

**EXHIBIT "B"**
IOD — DYER LANE — D-9-2
PLACER VINEYARDS
PLACER COUNTY, CALIFORNIA

**MacKay & Somps**
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| DJS | 1"=500' | 07/22/2016 | 18156.MR0 |
|---|---|---|---|
| DRAWN BY | SCALE | DATE | JOB NO. |



PAGE 6 OF 6

**EXHIBIT "B"**
IOD – DYER LANE – D-9-2
PLACER VINEYARDS
PLACER COUNTY, CALIFORNIA

**MacKay & Somps**
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| DRAWN BY | SCALE | DATE | JOB NO. |
|---|---|---|---|
| DJS | 1"=500' | 07/22/2016 | 18156.MR0 |

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS.  THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

SCALE:1"=500'
0   250   500   1000

*N*

PLACER   COUNTY
SACRAMENTO   COUNTY

STATHOS

RIOLO LIMITED
PARTNERSHIP

CENTER
QUARTER
CORNER OF
SECTION 11

MPE 2
(WIDTH
VARIES)

SEE PAGE 5

510   511   **DYER LANE**   511

D-9-2

HIGHWAY EASEMENT
(WIDTH VARIES)

MPE 1
(WIDTH
VARIES)

POINT OF
BEGINNING

N00°50'18"W
77.00'(TIE)

SPINELLI INVESTMENTS, L.P.
& MILLSPIN INVESTMENTS L.P.

PARCEL TWO
2014-0014811
SHOWN ON ROS NO. 2843,
19 ROS 47, PCR

PLACER 1
OWNERS RECEIVERSHIP

18156.MR0
07/22/2016
RMP

# EXHIBIT "C"
## IOD – 16TH STREET – 16-9

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, and being a portion of the lands of Daca VI, LLC being a portion of Parcel One as described in that certain Grant Deed recorded on March 10, 2014 as Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843, filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

### "HIGHWAY EASEMENT"

Beginning at a point on the west boundary of said Parcel One described by Document No.2014-0014811, O.R.P.C. being the west line of the Southwest Quarter of said Section 10, from which the Northwest corner of said Parcel One and Southwest Quarter bears North 00°13'12" West, 1,064.28 feet;

Thence, from said **POINT OF BEGINNING,** 116.05 feet along the arc of a 1,042.50-foot radius non-tangent curve right having a radius point bearing South 73°48'12" East, through a central angle of 06°22'42";

Thence North 22°34'30" East,  300.00 feet;

Thence, 386.56 feet along the arc of a 957.50-foot radius tangent curve left, through a central angle of 23°07'53";

Thence North 00°55'48" East,  199.96 feet;

Thence North 89°21'13" East,  37.00 feet;

Thence North 89°21'13" East,  48.50 feet;

Thence South 00°38'47" East,  198.39 feet;

Thence, 19.16 feet along the arc of a 1,048.50-foot radius tangent curve right, through a central angle of 01°02'49";

Thence South 06°34'23" West,  125.53 feet;

Thence, 278.36 feet along the arc of a 1,042.50-foot radius non-tangent curve right having a radius point bearing North 82°43'26" West, through a central angle of 15°17'56";

Thence South 22°34'30" West,  300.00 feet;

Thence, 380.94 feet along the arc of a 957.50-foot radius tangent curve left, through a central angle of 22°47'41";

Thence South 00°13'12" East,  551.21 feet to a point on the southerly boundary of said Parcel One, being the  County Line common to Placer County and Sacramento County;

Thence, along said southerly boundary and County Line, North 85°26'38" West,  42.65 feet to a point on the west boundary of said Parcel One and west line of said Section 10;

Thence, along said west boundary, North 00°13'12" West,  842.29 feet to the POINT OF BEGINNING. Containing 2.906 acres, more or less.

18156.MR0
07/22/2016
RMP

TOGETHER WITH:

## "MULTIPURPOSE EASEMENT 1"

A Multipurpose Easement of varying width, the easterly line of which is coincident with the westerly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

Beginning at a point on the west boundary of said Parcel One described by Document No. 2014-0014811, O.R.P.C. being the west line of the Southwest Quarter of said Section 10, from which the Northwest corner of said Parcel One and the Southwest Quarter of said Section 10 bears North 00°13'12" West, 1,064.28 feet;

Thence, from said **POINT OF BEGINNING,** along the westerly line of the herein described Highway Easement the following four consecutive courses:

1.  116.05 feet along the arc of a 1,042.50-foot radius non-tangent curve right having a radius point bearing South 73°48'12" East, through a central angle of 06°22'42",

2.  North 22°34'30" East, 300.00 feet,

3.  386.56 feet along the arc of a 957.50-foot radius tangent curve left, through a central angle of 23°07'53", and

4.  North 00°55'48" East, 199.96 feet;

Thence South 89°21'13" West, 40.50 feet;

Thence South 00°38'47" East, 198.39 feet;

Thence, 373.88 feet along the arc of a 922.50-foot radius tangent curve right, through a central angle of 23°13'17";

Thence South 22°34'30" West, 300.00 feet;

Thence, 17.52 feet along the arc of a 1,077.50-foot radius tangent curve left, through a central angle of 00°55'53" to a point on the west boundary of said Parcel One;

Thence, along said west boundary, South 00°13'12" East, 106.63 feet to the POINT OF BEGINNING.

Containing 33,582 square feet, more or less.


ALSO TOGETHER WITH:

## "MULTIPURPOSE EASEMENT 2"

A Multipurpose Easement of varying width, the westerly line of which is coincident with the easterly line of the herein described Highway Easement, said Multipurpose Easement being more particularly described as follows:

Beginning at a point on the southerly boundary of said Parcel One described by Document No. 2014-0014811, O.R.P.C. being also the west line of the Southwest Quarter of said Section 10County Line common to Placer County and Sacramento County, from which the intersection of said County Line with the west line of the Southwest Quarter of said Section 10 bears North 85°26'38" West, 42.65 feet; thence, from said **POINT OF BEGINNING,** along the easterly line of herein described Highway Easement, the following seven consecutive courses:

18156.MR0
07/22/2016
RMP

1.  North 00°13'12" West,  551.21 feet,
2.  380.94 feet along the arc of a 957.50-foot radius tangent curve right, through a central angle of 22°47'41",
3.  North 22°34'30" East,  300.00 feet,
4.  278.36 feet along the arc of a 1,042.50-foot radius tangent curve left, through a central angle of 15°17'56",
5.  North 06°34'23" East,  125.53 feet,
6.  19.16 feet along the arc of a 1,048.50-foot radius non-tangent curve left having a radius point bearing North 89°35'58" West, through a central angle of 01°02'49", and
7.  North 00°38'47" West,  198.39 feet;

Thence North 89°21'13" East,  29.00 feet;

Thence South 00°38'47" East,  198.39 feet;

Thence, 436.70 feet along the arc of a 1,077.50-foot radius tangent curve right, through a central angle of 23°13'17";

Thence South 22°34'30" West,  300.00 feet;

Thence, 367.01 feet along the arc of a 922.50-foot radius tangent curve left, through a central angle of 22°47'41";

Thence South 00°13'12" East,  554.13 feet to a point on said County Line;

Thence, along said County Line, North 85°26'38" West,  35.12 feet to the POINT OF BEGINNING. Containing 1.455 acres, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, O.R.P.C. All distances given are ground distances.

*See "Page 4 of 4", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date:  12-31-17

Date:  _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\major roads\16th\16-9



16TH STREET

CENTER QUARTER CORNER OF SECTION 10

DYER LANE

S9  S10

S10

HIGHWAY EASEMENT (WIDTH VARIES)

16−9

N00'13"12"W 1064.28'(TIE)

MPE 1

PARCEL ONE (PORTION) OF 2014-0014811, ORPC SHOWN ON ROS NO. 2843, 19 ROS 47, PCR

POINT OF BEGINNING

MPE 2 (WIDTH VARIES)

PLACER 1 OWNERS RECEIVERSHIP

PLACER    COUNTY
SACRAMENTO  COUNTY

N

0   250   500   1000

SCALE:1"=500'

PAGE 4 OF4

EXHIBIT "C"
IOD − 16TH STREET − 16−9
PLACER VINEYARDS
PLACER COUNTY, CALIFORNIA

IF A DISCREPANCY EXISTS BETWEEN THIS EXHIBIT AND THE ASSOCIATED DESCRIPTION, THE DESCRIPTION HOLDS.  THIS EXHIBIT IS FOR GRAPHIC PURPOSES ONLY.

**MacKay & Somps**
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| DJS | 1"= 500' | 07/22/2016 | 18156.MR0 |
|-----|----------|------------|-----------|
| DRAWN BY | SCALE | DATE | JOB NO. |

# EXHIBIT B

**Project Name:**
**Placer Vineyards**

**Recording requested by and Return to:**
CDRA - Engineering and Surveying Division
3091 County Center Drive
Auburn, CA 95603-2614
Phone: 530.745.3110
Attention:

THIS SPACE IS RESERVED
FOR THE RECORDER'S USE

Exempt from Recording Fees – Govt Code 27383

# COUNTY OF PLACER

# OFFER OF DEDICATION IN FEE

For valuable consideration, receipt of which is hereby acknowledged,

**RECEIVERSHIP UNDER UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, CASE NO. 2:08-cv-01276-KJD-RJJ, by ELLI  M. A. MILLS, solely in his capacity as court appointed Receiver in In Re Receivership of Placer County Land Speculators, LLC, under United States District Court, District of Nevada, Case No. 2:08-cv-01276-KJD-RJJ,**

**the undersigned GRANTOR, hereby irrevocably offers for dedication to the County of Placer, State of California, the fee interest of certain real property in the County of Placer, State of California.** The real properties described below are dedicated in fee for the following public purpose:

**OPEN SPACE AND DRAINAGE**

The real properties referred to above are situated in the County of Placer, State of California and are more particularly described as follows:

See Exhibit "A" (OS-9-1 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference;

See Exhibit "B" (OS-9-2 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference;

See Exhibit "C" (OS-9-3 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference;

See Exhibit "D" (OS-9-4 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference;

See Exhibit "E" (OS-9-5 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference; and

See Exhibit "F" (OS-9-6 OPEN SPACE - Legal Description and Map) attached hereto and incorporated herein by reference.

This Irrevocable Offer of Dedication is made pursuant to Section 7050 of the Government Code of the State of California and all or any portion of this Irrevocable Offer of Dedication may be accepted at any time by the Board of Supervisors of the County of Placer. Upon acceptance, this offer of dedication shall convey fee interest to the County of Placer as to the property(ies) or portion accepted thereby.

1

This Irrevocable Offer of Dedication may be terminated and the right to accept such offer abandoned in the same manner as is prescribed for the vacation of streets or highways pursuant to Chapter 4 of Part 3 Division 9 of the Streets and Highways Code, commencing with Section 8300.

It is understood and agreed that the County of Placer and its successors or assigns shall incur no liability with respect to such offer of dedication, and shall not assume any responsibility for the offered parcels of land or any improvements thereon or therein, until such offer has been accepted by appropriate action of the Board of Supervisors of Placer County.

*(Any and all interest in the property conveyed by grantor to the County of Placer pursuant to this instrument runs with the land and is binding on the heirs, assigns and successors of the grantor.)*

**GRANTOR:**

**RECEIVERSHIP UNDER UNITED STATES DISTRICT COURT,**
**DISTRICT OF NEVADA, CASE NO. 2:08-cv-01276-KJD-RJJ**

By:_____          Date:_____

    ELLI  M. A. MILLS, solely in his capacity
    as court appointed Receiver in <u>In Re Receivership of</u>
    <u>Placer County Land Speculators, LLC,</u> under United States
    District Court, District of Nevada, Case No. 2:08-cv-01276-KJD-RJJ

**<u>Consent and Subordination of Deed of Trust Beneficiary</u>:**

IRA SERVICES TRUST COMPANY CFBO JOHN TERRY ACCOUNT NUMBER IRA469385, as Beneficiary under Deed of Trust dated April 28, 2015, and recorded April 30, 2015, DOCUMENT NO. 2015-0035370-00, in the Official Records of Placer County, hereby consents to the recordation of this irrevocable Offer of Dedication and unconditionally subordinates the lien or charge of the foregoing deed of trust in favor of this Offer of Dedication, which shall be unconditionally prior and superior to the lien or charge of the deed of trust.

By:_____          Date:_____

    _____
    Print Name and Title

Attach Notary Acknowledgment(s) for signer(s)

2

# ACKNOWLEDGEMENT

| | CAPACITY CLAIMED BY SIGNER |
|---|---|

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

☐ INDIVIDUAL(S) SIGNING FOR ONESELF/THEMSELVES

☐ CORPORATE OFFICER(S)

_____
**TITLE(S)**

State of California

_____
**COMPANY**

County of _____ }

☐ PARTNER(S)

On _____ before me,

_____
**PARTNERSHIP**

_____(name, title),

personally appeared _____

☐ ATTORNEY-IN-FACT

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

_____
**PRINCIPAL(S)**

☐ TRUSTEE(S)

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

_____
**TRUST**

WITNESS my hand and official seal.

☐ OTHER

_____
**TITLE(S)**

(Seal) _____ Signature

_____
**ENTITY(IES) REPRESENTATIVE**

## CONSENT TO RECORDATION:

The County of Placer hereby consents to the recordation of the Offer of Dedication attached hereto. The County does not accept said offer at this time, but reserves the right to do so in the future, pursuant to Government Code Section 7050 and pursuant to authority conferred by Ordinance 5152-B.

_____          _____
DATE                                       SIGN NAME

                                           _____
                                           PRINT NAME AND TITLE

18156.IOD
07/22/2016
RMP

# EXHIBIT "A"
## DESCRIPTION OF OS-9-1

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, and being a portion of the Lands of Daca VI, LLC being a portion of Parcel One as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843 filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

Commencing at the southwest corner of said Section 10, thence coincident with south line of said Section 10 North 89°03'48" East a distance of 1344.40 feet; thence departing the south line of said Section 10, North 00°13'07" West a distance of 626.00 feet to the True Point of Beginning; thence from the **TRUE POINT OF BEGINNING,** North 85°26'38" West a distance of 1271.22 feet; thence North 00°13'12" West a distance of 554.13 feet; thence 330.92 feet along the arc of a tangent 922.50 foot radius curve to the right through a central angle of 20°33'12"; thence North 89°47'33" East a distance of 1208.11 feet; thence South 00°13'07" East a distance of 486.82 feet; thence from a radial line which bears North 01°48'37" West, 162.69 feet along the arc of a non-tangent 1000.00 foot radius curve to the left through a central angle of 09°19'16"; thence South 78°52'07" West a distance of 758.43 feet; thence 86.03 feet along the arc of a tangent 30.00 foot radius curve to the left through a central angle of 164°18'44"; thence South 85°26'38" East a distance of 906.22 feet; thence South 00°13'07" East a distance of 200.70 feet; to the True Point of Beginning.

 Containing 23.084 acres of land more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Official records of Placer County. All distances given are ground distances.

*See "Page 2 of 2", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

Craig E. Spiess, PLS 7944
License Expiration Date:  12-31-17

Date: _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-1



PALLADAY GREENS, LLC

16TH STREET

PLACER 102, LLC

S9    S10

DYER LANE

PLACER 1
OWNERS RECEIVERSHIP

PARCEL ONE(PORTION)
2014-0014811, O.R.P.C.
AS SHOWN ON ROS NO. 2843,
19 ROS 47, P.C.R.

PLACER VINEYARDS
DEVELOPMENT GROUP, LLC

P.G.G. PROPERITES

OS-9-1

PLACER COUNTY
SACRAMENTO COUNTY

T.P.O.B.

N00°13'07"W    626.00'

P.O.C.

S9   S10

N89°03'48"E 1344.40'

S16   S15

N

0    250    500              1000

SCALE:1"=500'

PAGE 2 OF 2

EXHIBIT "A"
OPEN SPACE  ~  OS-9-1
PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
PLACER COUNTY, CALIFORNIA

**MacKay & Somps**
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| M.JONES | 1"=500' | 07/22/2016 | 18156—MR0 |
|---------|---------|-----------|-----------|
| DRAWN BY | SCALE | DATE | JOB NO. |

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS.  THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

18156.IOD
07/22/2016
RMP

# EXHIBIT "B"
## DESCRIPTION OF OS-9-2

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, and being a portion of the lands of Daca VI, LLC being a portion of Parcel One as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843, filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

Commencing at the northeast corner of the Southeast One-Quarter of said Section 10 also being the northeast corner of said Parcel One; thence coincident with the north line of the Southeast One Quarter of said Section 10 and the north line of said Parcel One, South 89°47'48" West a distance of 1373.12 feet; thence departing from said north line, South 00°12'12" East a distance of 71.00 feet to the True Point of Beginning; thence from the **TRUE POINT OF BEGINNING,** South 11°56'00" West a distance of 814.47 feet to a point of curvature; thence 345.99 feet along the arc of a tangent 300.00 foot radius curve to the right through a central angle of 66°04'47"; thence South 78°00'47" West a distance of 470.25 feet to the west line of said Parcel One; thence coincident with the west line of said Parcel One, North 00°33'13" West a distance of 654.01 feet; thence departing from said west line, North 68°54'35" East a distance of 173.54 feet; thence 96.02 feet along the arc of a tangent 100.00 foot radius curve to the left through a central angle of 55°00'50"; thence North 13°53'45" East a distance of 348.47 feet; thence North 89°47'48" East a distance of 559.25 feet to the point of beginning.

Containing 15.600 acres of land, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Official records of Placer County. All distances given are ground distances.

*See Exhibit "B-1", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

Craig E. Spiess, PLS 7944
License Expiration Date:  12-31-17

Date:  _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-2



**LEGEND**

SECTION CORNER
1/4 SECTION CORNER
R.S.     RECORD OF SURVEY

P.C.R.      PLACER COUNTY RECORDS
O.R.P.C.    OFFICIAL RECORDS PLACER COUNTY
T.P.O.B.    POINT OF BEGINNING

DYER LANE LIMITED
PARTNERSHIP

DYER LANE

P.O.C.

S89°47'48"W 1373.12' (TIE)  10  11
S00°12'12"E 71.00' (TIE)

T.P.O.B.

OS-9-2

P.G.G. PROPERTIES
3289 OR 440

PLACER 1
OWNERS RECEIVERSHIP
PARCEL ONE (PORTION)
2014-0014811, O.R.P.C.
AS SHOWN ON R.S. NO. 2843,
19 RS 47, P.C.R.

TANWOOD ROAD

PLACER
COUNTY
SACRAMENTO
COUNTY

10  11
15  14

*N*

LICENSED LAND SURVEYOR
CRAIG E. SPIESS
No. 7944
STATE OF CALIFORNIA

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS. THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

PAGE 2 OF 2

EXHIBIT B
OPEN SPACE
OS-9-2
PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
COUNTY OF PLACER   STATE OF CALIFORNIA

**MacKay & Somps**
ENGINEERS    PLANNERS    SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661   (916) 773-1189

| RMP | 1"=500' | 07/22/2016 | 18156.IOD |
|-----|---------|------------|-----------|
| DRAWN BY | SCALE | DATE | JOB NO. |

18156.IOD
07/22/2016
RMP

# EXHIBIT "C"
## DESCRIPTION OF OS-9-3

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, being a portion of the lands of Daca VI, LLC, being a portion of Parcel One as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843 filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

BEGINNING at a point on the southerly boundary of said Parcel One, being also a point on the Placer County – Sacramento County Line, from which, the southeasterly corner of said Parcel One bears South 85°26'38" East a distance of 24.61 feet; thence, from the **POINT OF BEGINNING,** coincident with said southerly boundary, North 85°26'38" West a distance of 2242.88 feet to the west boundary line of said Parcel One; thence coincident with said west line, North 00°33'13" West a distance of 200.80 feet; thence on a line parallel with and 200.00 feet distant as measured at right angles from said southerly boundary line, South 85°26'38" East a distance of 2241.63 feet; thence on a line parallel with and 24.50 feet west as measured at right angles from the east boundary line of said Parcel One, South 00°54'27" East a distance of 200.91 feet to the Point of Beginning

Containing 10.295 acres of land, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Official records of Placer County. All distances given are ground distances.

*See Page 2 of 2", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

Craig E. Spiess, PLS 7944
License Expiration Date:  12-31-17

Date: _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-3



LEGEND

⬥  1/4 SECTION CORNER
R.S.     RECORD OF SURVEY
P.C.R.   PLACER COUNTY RECORDS
ORPC     OFFICIAL RECORDS PLACER COUNTY
P.O.B.   POINT OF BEGINNING

FRANK G. STATHOS

DYER LANE

TANWOOD ROAD

P.G.G. PROPERITES
3289 OR 440

PLACER 1
OWNERS RECEIVERSHIP

PARCEL ONE (PORTION)
2014-0014811, ORPC
AS SHOWN ON ROS NO. 2843,
19 RS 47, PCR

PLACER
COUNTY

SACRAMENTO
COUNTY

OS-9-3

N85°26'38"W 2267.49'

T.P.O.B.

24.61'(TIE)
P.O.C.

SE CORNER
PARCEL ONE
2014-0014811

10  11
15  14

LICENSED LAND SURVEYOR
CRAIG E. SPIESS
No. 7944
STATE OF CALIFORNIA

N

PAGE 2 OF 2

EXHIBIT C
OPEN SPACE
OS-9-3
PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
COUNTY OF PLACER   STATE OF CALIFORNIA

MacKay & Somps
ENGINEERS    PLANNERS    SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661   (916) 773-1189

| RMP | 1"=500' | 07/22/2016 | 18156.IOD |
| DRAWN BY | SCALE | DATE | JOB NO. |

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS. THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

18156.IOD
07/22/2016
RMP

# EXHIBIT "D"
## DESCRIPTION OF OS-9-4

All that real property situated in the County of Placer, State of California, located within Section 10, Township 10 North, Range 5 East, Mount Diablo Meridian, being a portion of the lands of Daca VI, LLC, being a portion of Parcel Two as described in that certain Grant Deed recorded on March 10, 2014 in Document No. 2014-0014811, Official Records of Placer County, and as shown on that certain Record of Survey No. 2843 filed for record on October 3, 2006 in Book 19 of Surveys at Page 47, Placer County Records, and being more particularly described as follows:

BEGINNING at the southeast corner of said Parcel Two, being the point of intersection of the east line of the southwest one-quarter of said Section 11and the Placer County - Sacramento County Line; thence coincident with the southerly line of parcel and said Placer County - Sacramento County Line the following three courses:

1.  North 85°46'15" West a distance of 3.60 feet;
2.  North 85°32'54" West a distance of 2627.57 feet;
3.  North 85°26'38" West a distance of 2.34 feet;

thence North 00°54'27" West a distance of 50.22 feet; thence South 85°32'54" East a distance of 2633.57 feet to east line of said Parcel Two; thence coincident with the east line of said Parcel Two South 00°50'18" East a distance of 50.20 feet to the Point of Beginning

Containing 3.023 acres of land, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Official records of Placer County. All distances given are ground distances.

*See "Page 2 of 2", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

Craig E. Spiess, PLS 7944
License Expiration Date:  12-31-17

Date: _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-4



## LEGEND

|  |  |
|---|---|
| ◧ | 1/4 SECTION CORNER |
| R.S. | RECORD OF SURVEY |
| P.C.R. | PLACER COUNTY RECORDS |
| ORPC | OFFICIAL RECORDS PLACER COUNTY |
| P.O.B. | POINT OF BEGINNING |

FRAK STATHOS

RIOLO LIMITED PARTNERSHIP

DYER LANE

TANWOOD DRIVE

PLACER 1
OWNERS RECEIVERSHIP

PARCEL TWO
2014-0014811, ORPC
AS SHOWN ON ROS NO. 2843,
19 ROS 47, PCR

SPINELLI INVESTMENTS, L.P. &
MILLSPIN INVESTMENTS L.P.

PLACER COUNTY
SACRAMENTO COUNTY

OS-9-4

P.O.B.
SE CORNER
PARCEL TWO

11
14

N

PAGE 2 OF 2

EXHIBIT "D"
OPEN SPACE
OS-9-4

PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
COUNTY OF PLACER    STATE OF CALIFORNIA

LICENSED LAND SURVEYOR
CRAIG E. SPIESS
No. 7944
STATE OF CALIFORNIA

**MacKay & Somps**
ENGINEERS    PLANNERS    SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661  (916) 773-1189

IF A DISCREPANCY EXISTS BETWEEN THIS EXHIBIT AND THE
ASSOCIATED DESCRIPTION, THE DESCRIPTION HOLDS. THIS
EXHIBIT IS FOR GRAPHIC PURPOSES ONLY.

| RMP | 1" = 500' | 07/22/2016 | 18156.IOD |
|---|---|---|---|
| DRAWN BY | SCALE | DATE | JOB NO. |

18156.IOD
RMP
07/22/2016

# EXHIBIT "E"
## DESCRIPTION OF OS-9-5

A portion of Parcel One of Document No. 2004-001481, Official Records of Placer County, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Placer County Records, also being a portion of the Southwest Quarter of Section 11, Township 10 North, Range 5 East, Mount Diablo Meridian, County of Placer, State of California, and being more particularly described as follows:

BEGINNING AT A POINT on the north line of said Parcel Two, being also the north line of the south half of said Section 11, from which the west quarter corner of said Section 11 bears South 89°44'37" West, 25.00 feet; Thence, from said **POINT OF BEGINNING,** along said north line, North 89°44'37" East, 1,274.88 feet;

Thence leaving said north line, South 00°43'29" East, 26.59 feet;

Thence, 15.64 feet along the arc of a 50.00-foot radius tangent curve right, through a central angle of 17°55'34";

Thence South 89°44'37" West, 1,232.22 feet;

Thence North 45°34'55" West, 37.11 feet;

Thence South 89°05'33" West, 14.00 feet;

Thence North 00°54'27" West, 16.07 feet to the POINT OF BEGINNING.

Containing 1.21 acres, more or less.
The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Placer County Records. All distances given are ground distances.

*See "Page 2 of 2", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date:  12-31-17

Date: _____

LICENSED LAND SURVEYOR
CRAIG E. SPIESS
No. 7944
STATE OF CALIFORNIA

Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-5



FRANK G. STATHOS

RIOLO LIMITED
PARTNERSHIP

N89°44'37"E 2649.76'

S10  S11

OS-9-5

SEE DETAIL

DYER LANE

SPINELLI INVESTMENTS,
L.P. & MILLSPIN
INVESTMENTS L.P.

PLACER 1
OWNERS RECEIVERSHIP
PARCEL ONE
2014-0014811 O.R.P.C.,
AS SHOWN ON ROS NO.
2843, 19 ROS 47, P.C.R.

N

PLACER
COUNTY

SACRAMENTO
COUNTY

S10  S11
S15  S14

0    250   500        1000

SCALE:1"=500'

PAGE 2 OF 2

DETAIL
NO SCALE

S10  S11

P.O.B.

S89°44'37"W
25.00'(TIE)

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS.  THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

EXHIBIT "E"
OPEN SPACE ~ OS-9-5
PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
PLACER COUNTY, CALIFORNIA

MacKay & Somps
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| M.JONES | 1"=500' | 07/22/2016 | 18156−MR0 |
| DRAWN BY | SCALE | DATE | JOB NO. |

18156.IOD
RMP
07/22/2016

# EXHIBIT "F"
## DESCRIPTION OF OS-9-6

A portion of Parcel One of Document No. 2014-0014811, Official Records of Placer County, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Placer County Records, also being a portion of the Southwest Quarter of Section 11, Township 10 North, Range 5 East, Mount Diablo Meridian, County of Placer, State of California, and being more particularly described as follows:

BEGINNING at the northeasterly corner of said Parcel One, being also the center quarter corner of said Section 11; Thence, from said **POINT OF BEGINNING,** along the north line of said Parcel Two, being the north line of the south half of said Section 11, South 89°44'37" West, 1,299.88 feet;

Thence leaving said north lines, South 00°43'29" East, 27.41 feet;

Thence, 14.83 feet along the arc of a 50.00-foot radius tangent curve left, through a central angle of 16°59'21";

Thence North 89°44'37" East, 1,297.78 feet to a point on the east line of said Parcel Two, being also the east line of the southwest quarter of said Section 11;

Thence along said east lines, North 00°50'18" West, 42.00 feet to the POINT OF BEGINNING.

Containing 1.25 acres, more or less.

The bearings shown hereon are based on the California Coordinate System, Zone 2, as shown on Record of Survey No. 2843 filed in Book 19 of Surveys, Page 47, Placer County Records. All distances given are ground distances.

*See "Page 2 of 2", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date: 12-31-17

Date: _____

Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA 95661
P:\18156\Overall\srv\mapping\desc\open space\OS-9-6



FRANK G. STATHOS

RIOLO LIMITED PARTNERSHIP

P.O.B.
NE CORNER
PARCEL ONE

DYER LANE

OS-9-6

PARCEL THREE

SPINELLI INVESTMENTS, L.P. &
MILLSPIN INVESTMENTS L.P.

PLACER 1
OWNERS RECEIVERSHIP

PARCEL ONE
2014-0014811, O.R.P.C.
AS SHOWN ON ROS NO. 2843,
19 ROS 47, P.C.R.

PLACER
COUNTY
SACRAMENTO
COUNTY

510   511
515   514

N

0   250   500   1000

SCALE:1"=500'

IF A DISCREPANCY EXISTS BETWEEN THIS
EXHIBIT AND THE ASSOCIATED DESCRIPTION,
THE DESCRIPTION HOLDS.  THIS EXHIBIT IS
FOR GRAPHIC PURPOSES ONLY.

PAGE 2 OF 2

EXHIBIT "F"
OPEN SPACE ~ OS-9-6
PLACER VINEYARDS SPECIFIC PLAN
LANDS OF PLACER 1 OWNERS RECEIVERSHIP
PLACER COUNTY, CALIFORNIA

**MacKay & Somps**
CIVIL ENGINEERS, INC.
CIVIL ENGINEERING•LAND PLANNING•LAND SURVEYING
ROSEVILLE, CALIFORNIA

| M.JONES | 1"=500' | 07/22/2016 | 18156-MR0 |
| DRAWN BY | SCALE | DATE | JOB NO. |

# EXHIBIT C

Recording Requested By and
When Recorded Mail To:

CDRA – Engineering and Surveying
Division
3091 County Center Drive
Auburn, CA 95603-2614
Phone 530 745-3110
Attention:

Exempt from Recording Fees – Govt Code 27383      (SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE)

## GRANT OF
## TEMPORARY CONSTRUCTION LICENSE
(Placer Vineyards Specific Plan)

This Grant of Temporary Construction License (**"License"**) is made as of this _____ day of _____, 2016, by RECEIVERSHIP UNDER UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, CASE NO. 2:08-cv-01276-KJD-RJJ, by ELLI M. A. MILLS, solely in his capacity as court appointed Receiver in <u>In re Receivership of Placer County Land Speculators, LLC</u>, under United States District Court, District of Nevada, Case No. 2:08-cv-01276-KJD-RJJ, (**"Developer"**), to the COUNTY OF PLACER, a political subdivision (**County**), with respect to the following facts:

### Recitals

A.     Developer is the owner of certain real property situated in unincorporated Placer County, California, within the development commonly referred to as Placer Vineyards Specific Plan, which property is more particularly described in <u>Exhibit A</u> attached hereto and incorporated hereby (hereafter referred to as the **"Property"**).

B.     Developer and County have previously entered into that certain agreement entitled "Second Amended and Restated Development Agreement By and Between The County of Placer and Placer 1 Owners' Receivership Relative to Property 9 of the Placer Vineyards Specific Plan" (hereinafter the **"Development Agreement"**), which Development Agreement was recorded against the Property on February 9, 2015, as Document No. 2015-0008638-00.   Capitalized terms not otherwise defined herein shall have the meanings ascribed thereto in the Development Agreement.

C.     Pursuant to Section 3.3.7 of the Development Agreement, Developer agreed to grant to the County, with the right to assign to other Participating Developers or the Development Group, a temporary construction license to permit the construction, by other Participating Developers or the Development Group, of certain Backbone Infrastructure, Secondary Road Improvements, Permanent Drainage Facilities and Trail Improvements within the Property, which improvements are more particularly described in the Development Agreement (collectively, the **"Improvements"**).  The areas within which these Improvements may be installed have been or will be irrevocably offered for dedication to the County pursuant to Section 3.3.1 of the Development Agreement and are also more particularly described in <u>Exhibit B</u> attached hereto (collectively, the **"Public Areas"**).  The description of the Public Areas in <u>Exhibit B</u> is divided by reference to the specific Improvements that may be installed pursuant to this License within such portions of the Public Areas.

1

D.      In satisfaction of its obligations under Section 3.3.7 of the Development Agreement, Developer desires to grant this License to the County, and the County is willing to accept this License, subject to the terms and conditions hereof.

### Grant of Temporary Construction License

1.      In consideration of the Development Agreement, Developer hereby grants to County a temporary right of entry on and over the Public Areas, together with the portion(s) of the Property within twenty-five feet (25') of such Public Areas, excluding however, any portions of such additional 25-foot area that would otherwise extend into any graded pads or improvements then constructed within the Property pursuant to the Development Agreement (collectively, the **"Temporary Entry Area"**).  The purpose of this grant is to permit the construction and installation of the Improvements designated for the corresponding portions of the Public Areas described in Exhibit B.

2.      This grant also includes a temporary right of entry over the Public Areas to maintain and repair each constructed Improvement until such Improvement is accepted for ownership and maintenance by the County.

### Character of License

3.      The License granted hereby is personal to the County, provided County shall have the right, pursuant to Paragraph 8 below, to assign this License to a Participating Developer(s) or the Development Group.  This License shall run with the land and be binding on all successors in interest to Developer and subsequent purchasers or encumbrancers of the Property during the Term hereof.

### Description of License

4.      The License granted hereby is a temporary right to enter upon the Temporary Entry Area, to store construction equipment and materials within the Temporary Entry Area, to cross over the Temporary Entry Area in connection with the construction of the applicable Improvements within the Public Areas, to perform construction and installation of the Improvements within the applicable Public Areas, and to access the Public Areas after completion of the Improvements to maintain such Improvements until acceptance by the County.

### Compliance with All Laws

5.      The construction of the Improvements shall comply with all applicable laws, rules and requirements of the County, and any other public entity with jurisdiction thereover, and with any applicable requirements of the Development Agreement.

### Term

6.      This License shall commence upon the recordation of this License in the Official Records of Placer County. This License shall terminate on the earlier of (i) completion of all Improvements designated in Exhibit B for construction within the Public

2

Areas or (ii) twenty (20) years from the date of recordation of the Development Agreement (the **"Term"**).  The Term of this License may be extended unilaterally by the County upon recordation by the County of a written notice of extension of this License, which notice shall certify that at the time of such extension, the Development Agreement or any other Development Agreement for another Participating Developer, is then in force and effect and an Improvement described in <u>Exhibit B</u> has not then been constructed within the applicable portion of the Public Areas.

### Nonexclusive License

7.     The right of entry granted in this License is nonexclusive.  Developer retains the right to make any use of the Property that does not or will not interfere with the construction or maintenance of the Improvements.

### Assignment of Agreement

8.     The parties anticipate that the Improvements within the Property will be constructed either by the Developer or by other Participating Developer(s) or the Development Group pursuant to this License.  Prior to any use of this License by any other Participating Developer(s) or the Development Group (a **"Constructing Developer"**), the following conditions shall be satisfied by the Constructing Developer: (i) the improvement plans for the Improvements to be constructed thereby shall be completed and approved by the County; (ii) the Constructing Developer shall have entered into an improvement agreement with the County, in form acceptable to the County (an **"Improvement Agreement"**), establishing the terms and conditions for construction and completion of such Improvements; and, (iii) the Developer shall have posted security with the County, in form acceptable to the County, to assure the timely completion of such Improvements in accordance with the terms of the Improvement Agreement.  Subject to the satisfaction of the foregoing conditions, the County shall have the right to assign this License to the Constructing Developer to construct the Improvement(s) included in the Improvement Agreement.

9.     In the event of any breach of the Improvement Agreement by the Constructing Developer to diligently and timely complete any Improvements, after any applicable notice and cure period under the Improvement Agreement, in addition to any and all other rights and remedies available to the County under the Improvement Agreement due to such breach, the County may elect to rescind the assignment of this License to the Constructing Developer upon delivery of written notice to the Constructing Developer.  Upon delivery of any such rescission of such assignment, the County will thereupon retain all rights under this License, including the right to assign this License to another Participating Developer(s) or the Development Group to complete the construction of the Improvements.

### Indemnity

10.     The County shall have no indemnity obligations hereunder to Developer with respect to Improvements that are constructed by a Constructing Developer.  If the County assigns this license to a Constructing Developer pursuant to Paragraph 8 above, then the Constructing Developer shall indemnify, protect, defend and hold harmless County and Developer for any loss, damage, claim or liability or costs (including reasonable attorney's

3

fees) arising out of the Constructing Developer's, or the Constructing Developer's contractors, subcontractors, agents or employees (collectively, the **"Constructing Developer Parties"**), use of this License, including without limitation, any entry on the Property, construction of the Improvements, or maintenance of the Improvements pursuant to this License, unless such loss, damage, claim, liability or cost arises from the misconduct or negligence of Developer and County. In particular, and without limitation thereof, the Constructing Developer shall keep the Property free and clear of any and all mechanics', suppliers' and other similar liens arising out of or in connection with the construction of the Improvements by the Constructing Developer Parties, and shall pay and discharge when due any and all lawful claims upon which any lien may or could be based. In the event any such liens do attach to the Property, then the Constructing Developer shall, immediately upon written notice from Developer or County, post an appropriate bond or take such other actions as may be necessary to remove the effect of the lien(s). If any such lien(s) is not removed within thirty (30) days of Developer's or County's written notice to do so, then notwithstanding the scheduled term hereof, this License shall be deemed terminated. The Constructing Developer's duties and obligations under this Paragraph 10 shall survive the expiration or sooner termination of this License.

## Amendment

11.    If any of the Public Areas require changes in configuration prior to construction, the parties agree to amend this License to reflect the new configuration, which new configuration must first be approved by the County.

## Insurance

12.    Prior to any entry pursuant to this License, the Constructing Developer shall obtain and maintain liability insurance (in the form of a Commercial General Liability Insurance policy), with a combined single limit of liability not less than ONE MILLION AND NO/100 DOLLARS ($1,000,000.00).    Developer shall be named as an additional insured upon such insurance.  Upon request of Developer, the Constructing Developer shall provide adequate proof of such insurance.  Such insurance shall be provided by an insurer licensed to do business within the State of California and rated no less than B+ X by A.M. Best.

## Miscellaneous

13.    This License shall be governed by the laws of the State of California, without regard to conflicts of laws principles.  Any action for breach of this License, or to enforce this License, shall be venued in Placer County Superior Court.

14.    Should any legal action be brought by either party for breach of this License, or to enforce any provisions herein, the prevailing party to such action shall be entitled to reasonable attorneys' fees, court costs and such other costs as may be fixed by the Court.

15.    Any notice to be given by or to either party hereunder shall be given in the same manner as notice is required to be given in the Development Agreement.

4

16.    The undersigned certify that they are fully authorized by the party whom they represent to enter into this License and able to legally bind such party hereto.

**COUNTY:**                                                  **DEVELOPER:**

**COUNTY OF PLACER,**                              **RECEIVERSHIP UNDER UNITED STATES**
**a political subdivision**                              **DISTRICT COURT, DISTRICT OF NEVADA,**
                                                                    **CASE NO. 2:08-cv-01276-KJD-RJJ**

On behalf of the Board of Supervisors
of the County of Placer                                By:_____
pursuant to authority conferred by
Ordinance 5152-B adopted                                   ELLI  M. A. MILLS, solely in his capacity
on January 15, 2002.                                          as court appointed Receiver in <u>In re</u>
                                                                    <u>Receivership of Placer County Land</u>
                                                                    <u>Speculators, LLC</u>, under United States
                                                                    District Court, District of Nevada,
By:_____    Date:_____       Case No. 2:08-cv-01276-KJD-RJJ

Name:_____                            Date:_____

Title:_____


**<u>Consent and Subordination of Deed of Trust Beneficiary:</u>**

IRA SERVICES TRUST COMPANY CFBO JOHN TERRY ACCOUNT NUMBER IRA469385, as Beneficiary under Deed of Trust dated April 28, 2015, and recorded April 30, 2015, DOCUMENT NO. 2015-0035370-00, in the Official Records of Placer County, hereby consents to the recordation of this Grant of Temporary Construction License and unconditionally subordinates the lien or charge of the foregoing deed of trust in favor of this License, which shall be unconditionally prior and superior to the lien or charge of the deed of trust.


By:_____    Date:_____


_____
          Print Name and Title


<u>List of Exhibits</u>

Exhibit A      Legal Description of Property
Exhibit B      Map of Public Areas and Temporary Entry Areas


See following page(s) for Acknowledgement(s)

5

# ACKNOWLEDGEMENT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity

State of _____

County of _____

On _____ before me,

_____(name, title),

personally appeared _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under the PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

(Seal)                    Signature

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL(S) SIGNING FOR ONESELF/THEMSELVES

☐ CORPORATE OFFICER(S)

_____
TITLE(S)

_____
COMPANY

☐ PARTNER(S)

_____
PARTNERSHIP

☐ ATTORNEY-IN-FACT

_____
PRINCIPAL(S)

☐ TRUSTEE(S)

_____
TRUST

☐ OTHER

_____
TITLE(S)

_____
ENTITY(IES) REPRESENTATIVE

6

18156.IOD
07/22/2016
RMP

# EXHIBIT "A"

## THE PROPERTY

A portion of Parcel One and Parcel Two as described in that particular Grant Deed to Daca VI, LLC recorded as Instrument No. 2014-0014811 on March 10, 2014 in the Official Records of Placer County, State of California.

*See Exhibit "B", plat to accompany description, attached hereto and made a part hereof.*

This legal description was prepared by me or under my supervision pursuant to Section 8729 (2) of the Professional Land Surveyors Act.

**Craig E. Spiess, PLS 7944**
License Expiration Date:  12-31-17

Date:  _____



Description prepared by:
**MACKAY & SOMPS CIVIL ENGINEERS, INC.**
1552 Eureka Road, Suite 100, Roseville, CA  95661
P:\18156\Overall\srv\mapping\desc\Temp. Const. License\PLACER 1 OWNERS



STATHOS

NON-PARTICIPANT

OS-9-5

OS-9-6

S10   S11

D-9-2

DYER LANE

CENTER SECTION 11

25'

TEMPORARY ENTRY
AREAS (TYPICAL)

PLACER I OWNERS' RECEIVERSHIP

SEE PAGE 2

TANWOOD   ROAD

PLACER I OWNERS' RECEIVERSHIP
2014-0014811, ORPC

SPINELLI INVESTMENTS, L.P.
MILLSPIN INVESTMENTS, L.P.

25'

OS-9-4

PLACER COUNTY LINE

TEMPORARY ENTRY
AREAS (TYPICAL)

SACRAMENTO COUNTY LINE

N

PAGE 1 OF 3

PUBLIC AREAS

| NAME | TYPE | RECORDING INSTRUMENT |
| --- | --- | --- |
| D-9-2 | HIGHWAY EASEMENT & MPE | 2016-_____ |
| OS-9-4 | OPEN SPACE/DRAINAGE | 2016-_____ |
| OS-9-5 | OPEN SPACE | 2016-_____ |
| OS-9-6 | OPEN SPACE | 2016-_____ |

EXHIBIT B
TEMPORARY CONSTRUCTION LICENSE
PLACER VINEYARDS SPECIFIC PLAN
PLACER I OWNERS' RECEIVERSHIP
PORTION SECTIONS 10 & 11, T.10 N., R.5 E. M.D.M.
COUNTY OF PLACER     STATE OF CALIFORNIA

**MacKay & Somps**
ENGINEERS     PLANNERS     SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661    (916) 773-1189

| STAFF | 1"= 500' | 07/22/2016 | 18156.IOD |
| --- | --- | --- | --- |
| DRAWN BY | SCALE | DATE | JOB NO. |

M.P.E = MULTI PURPOSE EASEMENT



STATHOS

DYER LANE

S10 S11

D-9-2

25'

TEMPORARY ENTRY
AREAS (TYPICAL)

OS-9-2

SEE PAGE 3

P.G.G. PROPERTIES

PLACER I OWNERS' RECEIVERSHIP
2014-0014811, ORPC

25'

TANWOOD ROAD

PLACER I OWNERS' RECEIVERSHIP

SEE PAGE 1

N

25'

TEMPORARY ENTRY
AREAS (TYPICAL)

OS-9-3

PLACER COUNTY LINE

SACRAMENTO COUNTY LINE

PAGE 2 OF 3

PUBLIC AREAS

| NAME | TYPE | RECORDING INSTRUMENT |
|------|------|----------------------|
| D-9-2 | HIGHWAY EASEMENT & MPE | 2016-_____ |
| OS-9-2 | OPEN SPACE/DRAINAGE | 2016-_____ |
| OS-9-3 | OPEN SPACE/DRAINAGE | 2016-_____ |

**EXHIBIT B**
**TEMPORARY CONSTRUCTION LICENSE**
**PLACER VINEYARDS SPECIFIC PLAN**
PLACER I OWNERS' RECEIVERSHIP
PORTION SECTIONS 10 & 11, T.10 N., R.5 E. M.D.M.
COUNTY OF PLACER     STATE OF CALIFORNIA

**MacKay & Somps**
ENGINEERS     PLANNERS     SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661   (916) 773-1189

| STAFF | 1"= 500' | 07/22/2016 | 18156.IOD |
|-------|----------|------------|-----------|
| DRAWN BY | SCALE | DATE | JOB NO. |

M.P.E = MULTI PURPOSE EASEMENT

PAGE 3 OF 3

PUBLIC AREAS

| NAME | TYPE | RECORDING INSTRUMENT |
|---|---|---|
| D-9-1 | HIGHWAY EASEMENT & MPE | 2016-__________ |
| 16-9 | HIGHWAY EASEMENT & MPE | 2016-__________ |
| OS-9-1 | OPEN SPACE/DRAINAGE | 2016-__________ |

M.P.E = MULTI PURPOSE EASEMENT

EXHIBIT B
TEMPORARY CONSTRUCTION LICENSE
PLACER VINEYARDS SPECIFIC PLAN
PLACER I OWNERS' RECEIVERSHIP
PORTION SECTIONS 10 & 11, T.10 N., R.5 E. M.D.M.
COUNTY OF PLACER STATE OF CALIFORNIA

MACKAY & SOMPS
ENGINEERS PLANNERS SURVEYORS
1552 Eureka Road, Suite 100, Roseville, CA 95661 (916) 773-1189

| STAFF | 1"= 400' | 07/22/2016 | 18156.IOD |
|---|---|---|---|
| DRAWN BY | SCALE | DATE | JOB NO. |

