PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RECEIVERSHIP OF PLACER COUNTY LAND SPECULATORS, LLC | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date: April 19, 2017<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY & PASCUZZI LLP FOR NINTH INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP ("FFWP") for Ninth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 915], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. FFWP's fees in the sum of $23,177.50 and expenses in the sum of $4,344.19. for a total of $27,521.69, incurred by Felderstein Fitzgerald Willoughby & Pascuzzi LLP during the period extending from January 1, 2016, through and including December 31, 2016, are approved on an interim basis as fair, reasonable, and necessary to the administration of the receivership estate; and

3. The Receiver is authorized to pay FFWP the 20% holdback for the period of

1 | January 1, 2016, through December 31, 2016, in the amount of $4,635.50.
2 | Dated:
3 |     April 28, 2017

_____
UNITED STATES DISTRICT JUDGE
District of Nevada