PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

RECEIVERSHIP OF PLACER COUNTY
LAND SPECULATORS

Civil Action No. 2:08-cv-01276-KJD-RJJ

Date: June 14, 2017
Time: 9:00 a.m.
Judge: Hon. Kent J. Dawson

**ORDER AUTHORIZING RECEIVER TO OBTAIN SUPPLEMENTAL FINANCING WITH CURRENT LENDER, TO ISSUE RELATED RECEIVER CERTIFICATES, AND TO EXTEND LOAN MATURITY**

Upon consideration of the Motion of Receiver for Order Authorizing Receiver to Obtain Supplemental Financing and Issue Receiver Certificates; and to Extend Loan Maturity (the "Motion") [Docket No. 940], the Court having considered the Motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted.

2. The Receiver is authorized to obtain supplemental financing and extension on the Terry Loan as set forth in the Motion.

3. The Receiver is authorized to issue receiver certificates, if necessary, in connection

///

///

///

with such supplemental financing and to take all other actions necessary to obtain and implement the financing.

Dated: June 22, 2017

_____
UNITED STATES DISTRICT JUDGE
District of Nevada