PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

In re:

RECEIVERSHIP OF PLACER COUNTY
LAND SPECULATORS

Civil Action No. 2:08-cv-01276-KJD-RJJ

Date: October 31, 2017
Time: 9:00 a.m.
Judge: Hon. Kent J. Dawson

**ORDER ON MOTION FOR ORDER APPROVING: (1) REAL PROPERTY OPTION AGREEMENT WITH DIMENSION CAPITAL PARTNERS, LLC; AND (2) ALTERNATIVE SUPPLEMENTAL FINANCING WITH CURRENT LENDER JOHN TERRY**

Upon consideration of the Motion of Receiver for an Order Approving: (1) Real Property Option Agreement with Dimension Capital Partners, LLC; and (2) Alternative Supplemental Financing with Current Lender John Terry (the "Motion") [Docket No. 951], after a hearing on proper notice, the Court having considered the Motion and arguments, based on the statements in court at the hearing on the Motion, and good cause appearing,[1]

IT IS ORDERED that:

1. To the extent the Motion requests authority to enter into the Real Property Option Agreement ("Option Agreement") with Dimension Capital Partners, LLC ("Dimension"), the Motion is withdrawn by the moving party due to the circumstances described on the record at the

---

[1] Capitalized terms not otherwise defined herein shall be as defined in the Option Agreement or the Motion.

-1-

ORDER ON MOTION FOR ORDER APPROVING
REAL PROPERTY OPTION AGREEMENT AND
ALTERNATIVE SUPPLEMENTAL FINANCING

hearing;

2. The Receiver is authorized to terminate the Option Agreement and it is hereby terminated;

3. The Receiver is authorized to return the Initial Good Faith Deposit, as provided in the Option Agreement;

4. All rights of Dimension under the Option Agreement, if any, are hereby cancelled and terminated, as not approved by the Court;

5. To the extent the Motion seeks approval to obtain the Alternative Supplemental Financing (increasing the loan amount from $5,000,000 to $5,900,000) and related 12-month extension (to December 31, 2018) with current lender John Terry as set forth in the Motion, the Motion is granted;

6. The Receiver is authorized to take any and all actions necessary to implement the Alternative Supplemental Financing and termination of the Option Agreement, including, but not limited to issuing receiver certificates and signing amendments to promissory notes and deeds of trust, if necessary, in connection with such Alternative Supplemental Financing.

7. The Receiver is authorized to submit an ex parte application, if needed, for approval of any further order that may be needed to implement the actions approved by this Order.

8. Notwithstanding the non-approval and termination of the Option Agreement, the Court retains jurisdiction over the matters set forth in the Motion related thereto in the event of any disputes between the parties.

Dated: 11/9/2017

_____
UNITED STATES DISTRICT JUDGE
District of Nevada