PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re:

RECEIVERSHIP OF PLACER COUNTY
LAND SPECULATORS, LLC

Civil Action No. 2:08-cv-01276-KJD-RJJ

Date:       March 28, 2018
Time:       9:00 a.m.
Judge:      Hon. Kent J. Dawson

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY
& PASCUZZI LLP FOR TENTH INTERIM ALLOWANCE OF ATTORNEYS' FEES
AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby & Pascuzzi LLP

("FFWP") for Tenth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses

[Docket No. 965], after a hearing on proper notice, the Court having considered the motion and

arguments, and good cause appearing,

IT IS ORDERED that:

1.      The Motion is granted;

2.      FFWP's fees in the sum of $50,062.50 and expenses in the sum of $6,565.71 for a

total of $56,628.21 incurred by Felderstein Fitzgerald Willoughby & Pascuzzi LLP during the

period extending from January 1, 2017, through and including December 31, 2017, are approved

on an interim basis as fair, reasonable, and necessary to the administration of the receivership

estate; and

3.      The Receiver is authorized to pay FFWP the 20% holdback for the period of

ORDER APPROVING TENTH INTERIM FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP

1  January 1, 2017, through December 31, 2017, in the amount of $10,012.50.

2  Dated: _Mar 29_____, 2018

3  UNITED STATES DISTRICT JUDGE
4  District of Nevada

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28