PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1750
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RECEIVERSHIP OF PLACER COUNTY LAND SPECULATORS, LLC | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date: March 28, 2018<br>Time: 9:00 a.m.<br>Judge: Hon. Kent J. Dawson |

### ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA FOR TENTH INTERIM ALLOWANCE OF RECEIVER FEES AND REIMBURSEMENT OF EXPENSES

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Tenth Interim Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 967], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver's fees in the sum of $92,051.38 and expenses in the sum of $7,152.58 for a total of $99,203.96, incurred by the Receiver during the period extending from January 1, 2017, through and including December 31, 2017, are approved on an interim basis as fair, reasonable, and necessary to the administration of the receivership estate;

3. The Receiver is authorized to pay the 20% holdback of fees for the period of January 1, 2017, through December 31, 2017, in the amount of $18,410.27; and

4. The cap on the Receiver's fees in paragraph 13 of the Order Appointing Receiver [Docket No. 428] is modified to the extent necessary to allow and pay the Receiver's 2017 fees.

Dated: __Mar. 29__, 2018

_____
UNITED STATES DISTRICT JUDGE
District of Nevada