PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RECEIVERSHIP OF PLACER COUNTY LAND SPECULATORS, LLC | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:     May 12, 2020<br>Time:    11:30 a.m.<br>Judge:   Hon.  Kent J. Dawson |

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD WILLOUGHBY PASCUZZI & RIOS LLP FOR TWELFTH INTERIM ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby Pascuzzi & Rios LLP ("FFWP") for Twelfth Interim Allowance of Attorneys' Fees and Reimbursement of Expenses [Docket No. 1032], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. FFWP's fees in the sum of $15,665.00 for fees and $2,409,48 for a total of $18,074.48 for the period of January 1, 2019, through and including December 31, 2019, are approved on an interim basis as fair, reasonable, and necessary to the administration of the receivership estate; and

///

      3.     The Receiver is authorized to pay FFWPR the 20% holdback for the period of January 1, 2019, through December 31, 2019, in the amount of $3,133.00.

Dated: _____ May 14 __, 2020

_____
UNITED STATES DISTRICT COURT JUDGE
District of Nevada