1  PAUL J. PASCUZZI, CA State Bar No. 148810
   FELDERSTEIN FITZGERALD
2  WILLOUGHBY PASCUZZI & RIOS LLP
   500 Capitol Mall, Suite 2250
3  Sacramento, CA  95814
   Telephone: (916) 329-7400
4  Facsimile: (916) 329-7435
   ppascuzzi@ffwplaw.com
5
   Attorneys for Elli M. A. Mills, J.D., MBA, Receiver
6

7
8                     **UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10 | In re:                              | Civil Action No. 2:08-cv-01276-KJD-RJJ

11 | RECEIVERSHIP OF PLACER COUNTY
12 | LAND SPECULATORS, LLC               | Date:    February 23, 2021
                                          Time:    9:00 a.m.
13                                        Judge:   Hon. Kent J. Dawson

14
15 **ORDER ON MOTION FOR APPROVAL OF RECEIVER'S FINAL REPORT AND
   ACCOUNTING, DISCHARGE OF RECEIVER AND HIS PROFESSIONALS,
16 EXONERATION OF RECEIVER'S BOND AND OTHER RELATED RELIEF**

17      Upon consideration of the Motion for Approval of Receiver's Final Report and

18 Accounting, Discharge of Receiver and his Professionals, Exoneration of Receiver's Bond and

19 Other Related Relief [Docket 1070] (the "Motion"), after a hearing on proper notice, the Court

20 having considered the Motion and arguments, and good cause appearing,

21      IT IS ORDERED that:

22      1.    The Motion is granted in its entirety:

23      2.    The Receiver's Final Report and Accounting is approved;

24      3.    The discharge of the Receiver and his professionals is approved;

25      4.    The Receiver's bond is exonerated;

26      5.    All distributions made by the Receiver are approved on a final basis; and

27 //

28
                                          -1-
   ORDER ON MOTION FOR APPROVAL OF RECEIVER'S FINAL REPORT AND RELATED RELIEF

6. The secure destruction of all records and documents related to the Receivership estate upon winding up the Receivership estate is authorized.

DATED: February 25, 2021

_____
UNITED STATES DISTRICT JUDGE
District of Nevada

-2-

ORDER ON MOTION FOR APPROVAL OF RECEIVER'S FINAL REPORT AND RELATED RELIEF