PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for Elli M. A. Mills, J.D., MBA, Receiver

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

In re:                                    Civil Action No. 2:08-cv-01276-KJD-RJJ

RECEIVERSHIP OF PLACER COUNTY
LAND SPECULATORS, LLC

Date:        February 23, 2021
Time:        9:00 a.m.
Judge:       Hon. Kent J. Dawson

**ORDER APPROVING MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP FOR FINAL
ALLOWANCE OF ATTORNEYS' FEES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL FOR THE RECEIVER**

Upon consideration of the Motion of Felderstein Fitzgerald Willoughby Pascuzzi & Rios

LLP ("FFWPR") for Final Allowance of Attorneys' Fees and Reimbursement of Expenses

[Docket No. 1072], after a hearing on proper notice, the Court having considered the motion and

arguments, and good cause appearing,

IT IS ORDERED that:

1.      The Motion is granted;

2.      FFWPR attorneys' fees in the sum of $29,221.00 for fees and $3,141.63 for a total

of $32,362.63 for the period of January 1, 2020, through and including December 31, 2020, are

approved on a final basis as fair, reasonable, and necessary to the estate;

3.      Counsel's prior twelve interim fee and expense awards for the period from

December 1, 2008 through and including December 31, 2019 are approved on a final basis; and

ORDER APPROVING FINAL FEE
MOTION OF FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP

1          4.      The Receiver is authorized to pay such fees and expenses from available funds in

2  the Receivership estate.

3  Dated: February 25, 2021

4                                   _____

                                    UNITED STATES DISTRICT COURT JUDGE

5                                    District of Nevada