PAUL J. PASCUZZI, CA State Bar No. 148810
FELDERSTEIN FITZGERALD
WILLOUGHBY PASCUZZI & RIOS LLP
500 Capitol Mall, Suite 2250
Sacramento, CA  95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435
ppascuzzi@ffwplaw.com

Attorneys for Elli  M. A. Mills, J.D., MBA, Receiver

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>RECEIVERSHIP OF PLACER COUNTY LAND SPECULATORS, LLC | Civil Action No. 2:08-cv-01276-KJD-RJJ<br><br>Date:     February 23, 2021<br>Time:    9:00 a.m.<br>Judge:   Hon.  Kent J. Dawson |

**ORDER APPROVING MOTION OF ELLI M. A. MILLS, J.D., MBA
FOR FINAL ALLOWANCE OF RECEIVER FEES
AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the Motion of Elli M. A. Mills, J.D., MBA for Final Allowance of Receiver Fees and Reimbursement of Expenses [Docket No. 1074], after a hearing on proper notice, the Court having considered the motion and arguments, and good cause appearing,

IT IS ORDERED that:

1. The Motion is granted;

2. The Receiver's fees in the sum of $68,372.86 and expenses in the sum of $2,971.37 for a total of $71,344.23, incurred by the Receiver during the period extending from January 1, 2020, through and including October 31, 2020, are approved on a final basis as fair, reasonable, and necessary to the estate;

3. The cap on the Receiver's fees in paragraph 13 of the Order Appointing Receiver [Docket No. 428] is modified to the extent necessary to allow and pay the Receiver's fees approved herein;

4. The Court approves on a final basis the Receiver's prior twelve interim fee and expense awards for the period from December 1, 2008 through and including December 31, 2019; and

5. The Receiver is authorized to pay such fees and expenses from available funds in the Receivership estate.

Dated: February 25, 2021

_____
UNITED STATES DISTRICT COURT JUDGE
District of Nevada